| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
WESTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BlueSummit Medical Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  BlueSummit Medical Group |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-1569384 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**14805 Forest Road**<br>**Suite 205**<br>**Forest, VA 24551**<br>Number, Street, City, State & ZIP Code<br><br>**Bedford**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | bluesummitcare.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **BlueSummit Medical Group, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

7. **Describe debtor's business**　　A. *Check one:*

　　■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　　☐ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　　　 http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　 __6216__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **BlueSummit Medical Group, LLC**
_____
Name

Case number (*if known*) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Schedule 1** Relationship **Affiliate**

District **Western District of VA** When _____ Case number, if known _____

11. **Why is the case filed in *this district*?** *Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **BlueSummit Medical Group, LLC**  Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | BlueSummit Medical Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/25/2024**
MM / DD / YYYY

X **/s/ Timothy Bradbury**         **Timothy Bradbury**
Signature of authorized representative of debtor         Printed name

Title **Owner**

**18. Signature of attorney**

X **/s/ Brittany B. Falabella**         Date **10/25/2024**
Signature of attorney for debtor         MM / DD / YYYY

**Brittany B. Falabella**
Printed name

**Hirschler Fleischer, P.C.**
Firm name

**2100 East Cary Street**
**Richmond, VA 23223**
Number, Street, City, State & ZIP Code

Contact phone **804-771-9500**     Email address **bfalabella@hirschlerlaw.com**

**80131 VA**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLUESUMMIT MEDICAL GROUP LLC, *et al*. | : | Case No. 24-*****-RBC |
| | : | (Procedural Consolidation to be Requested) |
| Debtors in Possession. | : | |

## SCHEDULE 1 TO PETITION

On the date hereof, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), has filed or will file a petition for relief in the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division under chapter 11 of Title 11 of the United States Code. The Debtors will move for procedural consolidation of their cases under the case number assigned to BlueSummit Medical Group LLC.

BlueSummit Medical Group LLC
Oasis HH Operations, LLC
Shenandoah Valley Home Health, Inc.
Seven Hills Home Health, Inc.
Seven Hills Hospice, LLC
Reliable Home Health Care, LLC
ProCare TN Operations, LLC
Ashland Development Company, Inc.

**Fill in this information to identify the case:**

Debtor name: BlueSummit Medical Group LLC

United States Bankruptcy Court for the: Western District of VA (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Monica Gregory<br>125 S. Augusta St., Ste. 300<br>P.O. Box 235<br>Staunton, VA 24402 | james@vgwplc.com | Seller Note | | | | $440,000.00 |
| 2 | Ugo Solomon<br>125 S. Augusta St., Ste. 300<br>P.O. Box 235<br>Staunton, VA 24402 | james@vagwplc.com | Seller Note | | | | $440,000.00 |
| 3 | MNY Capital LLC<br>244 Madison Ave.<br>Suite 1035<br>New York, NY 10016 | | MCA Loan | Disputed | | | $351,562.50 |
| 4 | Kalamata Capital Group<br>7200 Wisconsin Ave.<br>#500<br>Bethesda, MD 20814 | Berkovitch & Bouskila PLLC<br>Steven Berkovitch, Esq.<br>legal@bblawpllc.com | Loan | Disputed | | | $340,153.84 |
| 5 | Dynasty Capital 26 LLC<br>dba Dynasty Capital<br>700 Canal St., 1st Floor<br>Stamford, CT 06902 | | MCA Loan | Disputed | | | $250,000.00 |
| 6 | Sheikuna Omar<br>5635 Sandbrook Lane<br>Hilliard, OH 43026 | otarazi@tarazilaw.com | Seller Note | Disputed | | | $250,000.00 |
| 7 | Paychex<br>911 Panorama Trail South<br>Rochester, NY 14625 | | Vendor | | | | $202,500.00 |
| 8 | Robert Lamano<br>P.O. Box 108<br>Forest, VA 24551 | rlamano21@gmail.com | Seller Note | | | | $200,000.00 |

Debtor    BlueSummit Medical Group LLC
           Name                                                            Case number (*if known*)

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Williams Mullen<br>200 S. 10th Street<br>Suite 1600<br>Richmond, VA 23219 | James T. Bailey<br>jbailey@williamsmullen.com | Professional Svc. | | | | $143,608.24 |
| 10 | UB Greensfelder<br>1660 W 2nd Street<br>Suite 1100<br>Cleveland, OH 44113 | ncohen@ubglaw.com | Professional Svc. | | | | $143,374.85 |
| 11 | WellSky<br>11300 Switzer Road<br>Overland Park, KS 66210 | | Vendor | | | | $91,615.37 |
| 12 | Internal Revenue Service<br>Centralized Insolvencey Ops.<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Taxes | | | | $70,809.69 |
| 13 | Enclara Pharmacy<br>1601 Cherry Street<br>#1800<br>Philadelphia, PA 19102 | | Vendor | | | | $65,321.00 |
| 14 | UDig, LLC<br>4031 Aspen Grove Drive<br>Suite 630<br>Franklin, TN 37067 | susan.frank@udig.com | Vendor | | | | $49,457.50 |
| 15 | Holland & Knight<br>1650 Tysons Blvd.<br>$1700<br>Tysons, VA 22102 | | Professional Svc. | | | | $35,456.00 |
| 16 | Integrity Placement Group, LLC<br>1570 Blvd of the Arts<br>Suite 220<br>Sarasota, FL 34236 | | Vendor | Disputed | | | $25,750.00 |
| 17 | Luckwell Solutions<br>3475 Investment Blvd.<br>Suite 201<br>Hayward, CA 94545 | | Vendor | | | | $23,616.33 |
| 18 | McKesson Corporation<br>6555 State Highway 161<br>Irving, TX 75039 | Pam.Kelley@McKesson.com | Vendor | | | | $23,390.96 |
| 19 | Carlile Patchen & Murphy LLP<br>950 Goodale Blvd.<br>Suite 200<br>Columbus, OH 43212 | | Professional Svc. | | | | $17,703.00 |
| 20 | Keiter<br>4401 Dominion Blvd.<br>Glen Allen, VA 23060 | | Professional Svc. | | | | $15,413.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| BLUESUMMIT MEDICAL GROUP LLC, *et al*. | : | Case No. 24-*****-RBC |
|  | : | (Procedural Consolidation to be Requested) |
| Debtors in Possession. | : |  |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and to enable the Judges to evaluate possible disqualification or recusal, attached hereto as **Exhibit A** is a corporate structure chart (the "**Corporate Structure Chart**") reflecting the ownership interests of BlueSummit Medical Group LLC and its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). The Debtors respectfully represent, as of the date hereof, the following:

1. Each of the Debtors identified on the Corporate Structure Chart, other than BlueSummit Medical Group LLC, is owned in its entirety by its direct parent.

2. BlueSummit Medical Group LLC is the ultimate parent of each of the Debtors.

3. There are no corporations that own 10% or more of BlueSummit Medical Group LLC.

4. BlueSummit Medical Group LLC is owned by the following in the following percentages:

 a. Timothy Bradbury – 31%
 b. Jayson Norris – 31%
 c. William Mayes – 31%
 d. Jeffrey D. Knighton – 4%
 e. Douglas W. Densmore – 3%

**EXHIBIT A**




**Fill in this information to identify the case:**

Debtor name: **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    Consolidated Corporate Ownership Statement (Rule 7007.1)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/25/2024**        X **/s/ Timothy Bradbury**
                                   Signature of individual signing on behalf of debtor

                                   **Timothy Bradbury**
                                   Printed name

                                   **Owner**
                                   Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE FOUNDING MEMBERS OF BLUESUMMIT MEDICAL GROUP, LLC TO FILE FOR BANKRUPTCY PROTECTION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND EMPLOY PROFESSIONALS IN SUPPORT THEREOF**

The undersigned being the founding members of BlueSummit Medical Group, LLC (the "**Company**"), a Virginia limited liability company, hereby certifies that the Company has adopted the following resolutions pursuant to section 4.08 of the operating agreement of Blue Summit Medical Group, LLC, and that these resolutions have not been modified or rescinded and are still in full force and effect as of the current date:

RESOLVED, that it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

RESOLVED, that Timothy Bradbury (the "**Company Representative**") is hereby authorized, empowered, and directed, in the name, and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division, at such time or in such other jurisdiction as the Company Representative shall determine.

RESOLVED, that the law firm of Hirschler Fleischer P.C. of Richmond, Virginia, is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the Company Representative, and any employees or agents (including counsel) designated or directed by such Company Representative, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

RESOLVED, that the Company Representative be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

1

IN WITNESS WHEREOF, I have set my hand this 24th day of October 2024.

_____
Timothy Bradbury, member

_____
Jayson Norris, member

_____
William Mayes, member