## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| BLUESUMMIT MEDICAL GROUP LLC, *et al.*[1] | : | Case No. 24-61191-RBC |
| | : | (Procedurally Consolidated) |
| Debtors in Possession. | : | |
| | x | |

*Notes and Statements of Limitations, Methodology, and Disclaimer Regarding
Debtors' Schedules and Statements of Financial Affairs*

BlueSummit Medical Group LLC and certain of its affiliates (collectively, the "**Debtors**" and each a "**Debtor**") submits the attached Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFAs**") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The Debtors, with the assistance of its advisors, prepared the Schedules and the SOFAs pursuant to Section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and SOFAs contain unaudited information, which is subject to further review, verification, and potential adjustment. Accordingly, while the Debtors' representative and professionals have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on the information available at the time of preparation and filing, inadvertent errors or omissions may exist. Further, the subsequent receipt of information may result in material changes in financial and other data contained in these Schedules and SOFAs.

The Debtors reserve all rights to amend and/or supplement the Schedules and SOFAs from time to time as necessary or appropriate.

These Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statement of Financial Affairs (the "**Notes**") are incorporated by reference herein, and comprise an integral part of the Schedules and SOFAs and should be referred to in connection with any review of the Schedules and SOFAs. The Notes and the Schedules and SOFAs represent the Debtors' best efforts as of the Petition Date (except as noted herein) and should not be relied upon for information relating to current or future financial conditions, events, or performance of the Debtors.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: BlueSummit Medical Group LLC (9384), Oasis HH Operations LLC (5349), Shenandoah Valley Home Health Inc. (4608), Seven Hills Hospice, LLC (8231), Seven Hills Home Health, Inc. (0554), Ashland Development Company, Inc. (6734), ProCare TN Operations LLC (2100), Reliable Home Health Care LLC (0294). The location of Debtor BlueSummit Medical Group LLC's principal place of business is: 14805 Forest Road, Suite 205, Forest, Virginia 24551.

The contents of these Schedules and SOFAs constitute neither a waiver of any rights or claims of the Debtors nor an admission of the existence, amount, nature, or validity of potential claims against the Debtors. The Debtors reserve the right to dispute or challenge the status and amount of any claim listed on Schedules D or E/F.

Jayson Norris, an authorized representative for each of the Debtors, signed the Schedules and SOFAs. In reviewing and signing the Schedules and SOFAs, Mr. Norris necessarily relied upon the efforts, statements, and representations of the Debtors' affiliate personnel and professionals. Mr. Norris has not personally verified the accuracy of each individual statement and representation, including, but not limited to, those concerning amounts owed to individual creditors, classification of such amounts, and creditors' addresses.

## DESCRIPTION OF CASE

On October 25, 2024, (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The information reported in the Schedules and SOFAs reflects data gathered from 1) publicly available information, 2) individuals employed by the Debtors, including its officers, and 3) current and prior professional service providers of the Debtors that was made available to the Debtors. As of the date of the filing of the Schedules and SOFAs, the Debtors still do not have access to all of its business records.

## BASIS OF PRESENTATION

The Debtors reported assets on an estimated liquidation basis and noted such treatment. In addition, the amounts shown for total assets and liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate assets and liabilities may differ materially from the amounts in the Schedules.

The Schedules and SOFAs do not purport to represent financial statements and do not necessarily reflect the amounts that would be set forth in financial statements prepared in accordance with generally accepted accounting principles ("**GAAP**").

The Debtors makes no representation of the value ultimately realizable from or the collectability of any assets presented herein.

## CAUSES OF ACTION

Despite its best efforts to identify all known assets as described above, the Debtors may not have set forth in its Schedules and SOFAs all its filed or potential claims and causes of actions against, and potential recoveries from, third parties or the values of any such claims. The Debtors reserve all rights to assert any and all such claims and causes of action, whether or not listed in these Schedules and SOFAs. Further, nothing contained in these Notes, the Schedules, or SOFAs shall constitute a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

## RECHARACTERIZATION

Despite their best efforts to, the Debtors may not have correctly characterized, classified, categorized, and / or designated claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs. Accordingly, the Debtors reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFAs at a later time as necessary or appropriate as additional information becomes available.

## CLAIMS DESCRIPTION

Any failure to designate a claim on the Schedules as "disputed," "contingent" and/or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" and/or "unliquidated." The Debtors reserves its rights to (i) dispute or assert offsets or defenses to any claim on the Schedules on any grounds, including, but not limited to, amount, liability, priority, status, description, or classification or (ii) amend the Schedules to designate any claim as "disputed," "contingent" and/or "unliquidated."

# NOTES TO SCHEDULES

<u>Schedule A/B – Real and Personal Property</u>

*Part 1 – Checking, savings, money market, or financial brokerage accounts*

The value of each of the Debtor's interest in its bank accounts listed in Schedule A/B is the cash balance in each account as of the Petition Date.

*Part 3 – Accounts receivable*

The value of each of the Debtor's accounts receivable is the amount of accounts receivable as of November 20, 2024, which amounts were determined after a preliminary reconciliation of accounts conducted following the Petition Date.

<u>Schedule D – Creditors Holding Secured Claims</u>

The Debtors reserve their rights to dispute or challenge the secured status of any claimant listed on Schedule D as well as the validity, priority, perfection, or the extent of any lien securing any claim listed on Schedule D.

<u>Schedule E/F – Creditors Holding Unsecured Priority Claims</u>

Priority unsecured wage claims for all the Debtors are listed in BlueSummit Medical Group LLC's ("**BlueSummit**") Schedule E/F at the full amount outstanding as of the Petition Date per data entered into the payroll system. To the extent that the representatives of the Debtors identified that an employee worked for another Debtor besides BlueSummit, then such employee was listed in such Debtor's Schedule E/F at an amount of $1.00 as a placeholder .

<u>Schedule E/F – Creditors Holding Unsecured Nonpriority Claims</u>

The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors; however, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation. Instead, the Schedules reflect the liability based on the Debtors' books and records.

All known unsecured nonpriority claims are listed on Schedule E/F at their full amounts outstanding as of the Petition Date. The Debtors reserve their right to assert that any claim listed on Schedule E/F does not constitute an unsecured nonpriority claim under the Bankruptcy Code.

Schedule G – Executory Contracts
The Debtors have attempted to provide complete lists of all agreements that might be considered to be executory contracts. The Debtors are continuing to review its records and will supplement this Schedule if additional agreements that may constitute executory contracts are identified.

## NOTES TO STATEMENTS OF FINANCIAL AFFAIRS

SOFA 4 - Payments Made Within One Year To or For The Benefit of Creditors Who Were Insiders

SOFA 4 does not provide detail of all transfers of an intercompany nature between the Debtor and other Debtor affiliates. To the best of the Debtors' understanding all intercompany transfers of this nature were performed pursuant to the Debtors' cash management system. Further detail of the Debtors' cash management system is outlined in the Debtors' *Motion for entry of interim and final orders (i) authorizing the Debtors to (A) continue and maintain its consolidated cash management system, (B) continue and maintain its existing bank accounts, and (C) use existing business forms; (ii) waiving the requirements of Bankruptcy Code section 345(b); and (iii) granting related relief* [Docket No. 7].

**Fill in this information to identify the case:**

Debtor name    **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **24-61191-RBC**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **Form 204**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  2, 2024**        X **/s/ Jayson Norris**
_____
Signature of individual signing on behalf of debtor

**Jayson Norris**
_____
Printed name

**Owner**
_____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BlueSummit Medical Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | **24-61191-RBC** |

☒ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anab Ali c/o Oasis Home Health Care Inc. 44121 Harry Byrd Highway Suite 180 Ashburn, VA 20147** | | seller note | | | | $334,655.00 |
| **Bank for Oakridge (SBA) P.O. Box 2 Oak Ridge, NC 27310** | | All assets | | $694,911.75 | $0.00 | $694,911.75 |
| **Byline Bank (SBA) 180 N. LaSalle St. Suite 300 Chicago, IL 60601** | | All assets | | $907,421.94 | $0.00 | $907,421.94 |
| **Dynasty Capital 26 LLC dba Dynasty Capital 11 Broadway New York, NY 10004** | | Accounts Receivable | Disputed | $250,000.00 | $0.00 | $250,000.00 |
| **Grove Medical Inc. 1089 Park W. Blvd. Greenville, SC 29611** | | vendor | | | | $20,960.13 |
| **Internal Revenue Service Centralized Insolvency Operations Post Office Box 21126 Philadelphia, PA 19114-0326** | | Payroll taxes | | | | $77,490.84 |

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kalamata Capital Group c/o Berkovitch & Bouskila PLLC 80 Broad Street Suite 3300 New York, NY 10004** | | All accounts | **Disputed** | **$340,153.84** | **$0.00** | **$340,153.84** |
| **Luckwell Solutions 3475 Investment Blvd. Suite 201 Hayward, CA 94545** | | services | | | | **$23,616.33** |
| **McKesson 9954 Mayland Dr. Richmond, VA 23233** | | All assets | **Disputed** | **$23,390.96** | **$0.00** | **$23,390.96** |
| **MNY Capital LLC 418 Broadway Suite N Albany, NY 12207** | | All assets | **Disputed** | **$351,562.50** | **$0.00** | **$351,562.50** |
| **Monica Gregory 125 S. Augusta Street Suite 300 Staunton, VA 24402** | | seller note | | | | **$440,000.00** |
| **Optimization Strategy Group** | | services | | | | **$28,750.00** |
| **Paychex 911 Panorama Trail South Rochester, NY 14625** | | services | | | | **$203,000.00** |
| **Ramp 28 West 23rd Street New York, NY 10010** | | credit card | | | | **$29,987.25** |
| **Robert Lamano P.O. Box 108 Forest, VA 24551** | | seller note | | | | **$200,000.00** |
| **Sheikuna Omar 6456 Cherokee Rose Drive Westerville, OH 43081** | | seller note | **Disputed** | | | **$250,000.00** |
| **UDig LLC 8000 Franklin Farms Dr. Henrico, VA 23229** | | services | | | | **$49,457.50** |

Debtor    **BlueSummit Medical Group, LLC**
     Name                                                              Case number *(if known)*    **24-61191-RBC**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ugo Solomon**<br>**19 Myers Corner Drive**<br>**Suite A05**<br>**Staunton, VA 24401** | | seller note | | | | **$440,000.00** |
| **WellSky**<br>**11300 Switzer Road**<br>**Overland Park, KS 66210** | | services | | | | **$150,964.00** |
| **Williams Mullen**<br>**P.O. Box 91719**<br>**Richmond, VA 23291** | | services | | | | **$143,267.90** |

**Fill in this information to identify the case:**

Debtor name  **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **24-61191-RBC**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................   $ _____1.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................   $ _____19,145.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................   $ _____19,146.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ _____2,567,440.99

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $ _____177,079.42

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$ _____2,445,436.94

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b

$ _____5,189,957.35

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **24-61191-RBC**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Atlantic Union Bank** | **Checking** | **3649** | **$1,838.00** |
| 3.2. | **PNC Bank** | **Checking** | **8218** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                    **$1,838.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor   **BlueSummit Medical Group, LLC**                          Case number *(If known)*   **24-61191-RBC**
_____Name_____

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
|---|---|---|---|

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **ProCare TN Operations, LLC** | **100** % | **N/A** | **Unknown** |
| 15.2. | **Reliable Home Health Care LLC** | **100** % | **N/A** | **Unknown** |
| 15.3. | **Oasis HH Operations, LLC** | **100** % | **N/A** | **Unknown** |
| 15.4. | **Seven Hills Home Health, Inc.** | **100** % | **N/A** | **Unknown** |
| 15.5. | **Seven Hill Hospice, LLC** | **100** % | **N/A** | **Unknown** |
| 15.6. | **Shenandoah Valley Home Health, Inc.** | **100** % | **N/A** | **Unknown** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | |
|---|---|---|

| 17. | **Total of Part 4.** Add lines 14 through 16.  Copy the total to line 83. | **$0.00** |
|---|---|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(If known)* **24-61191-RBC** |
|---|---|---|
| | Name | |

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **White L-Shaped Desk (9)** | $0.00 | Liquidation | $900.00 |
| | **Wooden Executive Desk (2)** | $0.00 | Liquidation | $300.00 |
| | **Standing L-Shaped Desk** | $0.00 | Liquidation | $400.00 |
| | **Receptionist Wooden Desk** | $0.00 | Liquidation | $150.00 |
| | **Office Chairs (12)** | $0.00 | Liquidation | $600.00 |
| | **Couch** | $0.00 | Liquidation | $100.00 |
| | **Leather Chair (2)** | $0.00 | Liquidation | $150.00 |
| | **Suede Chair (2)** | $0.00 | Liquidation | $150.00 |
| | **Lounge Chairs (2)** | $0.00 | Liquidation | $150.00 |
| | **Glass White Board (5)** | $0.00 | Liquidation | $500.00 |
| | **Conference Room Chairs (6)** | $0.00 | Liquidation | $300.00 |
| | **File Cabinets (9)** | $0.00 | Liquidation | $675.00 |
| | **Mini Refrigerator (2)** | $0.00 | Liquidation | $150.00 |
| | **White Shelves (2)** | $0.00 | Liquidation | $100.00 |
| | **Bookcase** | $0.00 | Liquidation | $75.00 |
| | **Television** | $0.00 | Liquidation | $100.00 |
| | **Microwave** | $0.00 | Liquidation | $30.00 |

40.     **Office fixtures**

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(If known)* **24-61191-RBC** |
| --- | --- | --- |
| | Name | |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| Desktop Computers (10) | $0.00 | Liquidation | $1,000.00 |
| --- | --- | --- | --- |
| iPads (97) | $0.00 | Liquidation | $9,700.00 |
| Monitors (13) | $0.00 | Liquidation | $975.00 |
| Printers (7) | $0.00 | Liquidation | $350.00 |
| Telephones (9) | $0.00 | Liquidation | $450.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $17,305.00 |
| --- | --- |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **14805, Suite 204 Forest, VA 24551** | **Rent/Tenant** | **$0.00** | | **$1.00** |

Debtor   **BlueSummit Medical Group, LLC**                              Case number *(If known)*  **24-61191-RBC**
_____
Name

56. **Total of Part 9.**                                                                      | **$1.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.bluesummitcare.com | **$0.00** | | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** Goodwill | **$0.00** | | **$1.00** |

66. **Total of Part 10.**                                                                     | **$2.00** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* **24-61191-RBC** |
|---|---|---|
| | Name | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Life Insurance Policy on Jayson Norris in amount of $500,000 per SBA Requirements** | **$0.00** |
| | **Life insurance policy on Timothy Bradbury in amount of $500,000 per SBA requirements** | **$0.00** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | **BlueSummit Medical Group LLC, et al.  v. Sheikuna Omar, et al.** | **Unknown** |

| Nature of claim | **Breach of Contract, fraud, theft** |
|---|---|
| Amount requested | **$1,500,000.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| | **Claims against Sharon Osborne Weems** | **Unknown** |

| Nature of claim | **breach of contract, failure to disclose** |
|---|---|
| Amount requested | **TBD** |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **BlueSummit Medical Group, LLC**                          Case number *(If known)*  **24-61191-RBC**
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,838.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,305.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................................> | | $1.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,145.00 | + 91b. $1.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,146.00 |

**Fill in this information to identify the case:**

Debtor name **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known) **24-61191-RBC**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank for Oakridge (SBA)**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | $694,911.75 | $0.00 |
| **P.O. Box 2**<br>**Oak Ridge, NC 27310**<br>Creditor's mailing address | Describe the lien<br>**UCC-1** | | |
| | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.    2nd | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Byline Bank (SBA)**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | $907,421.94 | $19,146.00 |
| **180 N. LaSalle St.**<br>**Suite 300**<br>**Chicago, IL 60601**<br>Creditor's mailing address | Describe the lien<br>**UCC-1** | | |
| | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | | | |

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

      **1st**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Dynasty Capital 26 LLC** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**dba Dynasty Capital**
**11 Broadway**
**New York, NY 10004**

Creditor's mailing address

**Accounts Receivable**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

      **6th**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Kalamata Capital Group** | Describe debtor's property that is subject to a lien | $340,153.84 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Berkovitch & Bouskila PLLC**
**80 Broad Street Suite 3300**
**New York, NY 10004**

Creditor's mailing address

**All accounts**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

      **4th**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **McKesson** | Describe debtor's property that is subject to a lien | $23,390.96 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**9954 Mayland Dr.**
**Richmond, VA 23233**

Creditor's mailing address

**All assets**

Describe the lien
**UCC-1**

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

3rd

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.6 | **MNY Capital LLC** | Describe debtor's property that is subject to a lien | $351,562.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**418 Broadway**
**Suite N**
**Albany, NY 12207**

Creditor's mailing address

**All assets**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

5th

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,567,440.9 9 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known) **24-61191-RBC**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.84 | $1,380.84 |
| | **Aireen Scheffler** **1721 Deerbrook Trail** **Dayton, OH 45434** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 | $400.00 |
| | **Aleisha Williamson** **5121 Ballard Drive** **Dayton, OH 45417** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **BlueSummit Medical Group, LLC** | | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.34 | $259.34 |
|---|---|---|---|---|

**Alicia Dunn**
**16 Kratochwill St.**
**Dayton, OH 45410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.39 | $283.39 |
|---|---|---|---|---|

**Althea Baisden**
**19761 Ashburn Rd.**
**Apt. 412**
**Ashburn, VA 20147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,148.48 | $1,148.48 |
|---|---|---|---|---|

**Amber M. Masters**
**223 Lawrence Ave.**
**Miamisburg, OH 45342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |
|---|---|---|---|---|

**Andrena Hall**
**415 Catherine Ave.**
**#A**
**Cincinnati, OH 45229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address
**Angel Wilson**
**87 Dickey Ave**
**Fairborn, OH 45324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,109.75    $1,109.75

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8**

Priority creditor's name and mailing address
**Arrie Parker**
**13936 Rockland Village Dr.**
**Apt. 104**
**Chantilly, VA 20151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00    $150.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9**

Priority creditor's name and mailing address
**Brian Waskin**
**2198 Finland Drive**
**Dayton, OH 45439**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$369.55    $369.55

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10**

Priority creditor's name and mailing address
**Britnee A. Brown**
**320 Stuckhardt Rd.**
**Dayton, OH 45426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,776.15    $1,776.15

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **BlueSummit Medical Group, LLC** | | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.90 | $282.90 |
|---|---|---|---|---|

**Cassandra Buffenbarger**
**401 Avon Oak Ct.**
**New Lebanon, OH 45345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.46 | $1,650.46 |
|---|---|---|---|---|

**Chasity L. Bick**
**112 W Elm St.**
**Washington Court House, OH**
**43160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.01 | $336.01 |
|---|---|---|---|---|

**Chrishana Walker**
**1829 Malvern Ave.**
**Dayton, OH 45406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Christina M. Montgomery**
**2154 Finland Drive**
**Dayton, OH 45439**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | BlueSummit Medical Group, LLC | Case number (if known) | 24-61191-RBC |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,291.20 | $1,291.20 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Clarissa Randolph**
**101 Locust Lane**
**Johnson City, TN 37604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.68 | $1,464.68 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Coretta Green**
**9209 Greenshire Drive**
**Manassas, VA 20111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,230.29 | $4,230.29 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Cory Hilton**
**1506 Southside Rd.**
**Elizabethton, TN 37643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 | $38.00 |
|------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Courtney Johnson**
**387 Bullock Hollow Rd.**
**Bristol, TN 37620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Cynthia Ely**
**531 Belmonte Park**
**Apt. 1002**
**Dayton, OH 45405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.60 | $129.60 |
|---|---|---|---|---|

**Darlene Rogers**
**19761 Ashburn Road**
**Ashburn, VA 20147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.91 | $584.91 |
|---|---|---|---|---|

**Darriyona K. Morrow**
**23 S. Lansdowne Ave.**
**Dayton, OH 45417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.99 | $519.99 |
|---|---|---|---|---|

**Daysha Edwards**
**1111 Tibbetts Ave.**
**Apt. 2**
**Springfield, OH 45505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | BlueSummit Medical Group, LLC | Case number (if known) | 24-61191-RBC |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $722.01 | $722.01 |
|---|---|---|---|---|

**Deborah McMurchy**
**4911 May Ave**
**Dayton, OH 45439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,762.50 | $1,762.50 |
|---|---|---|---|---|

**Deborah Nixon**
**3812 Kenker Pl.**
**Apt. 1**
**Cincinnati, OH 45211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,224.97 | $1,224.97 |
|---|---|---|---|---|

**Dorothy Piovesan**
**1474 Derrland St.**
**Dayton, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,324.44 | $1,324.44 |
|---|---|---|---|---|

**Fawzia Samadi**
**2803 Pag St.**
**Apt 4134**
**Alexandria, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | BlueSummit Medical Group, LLC | Case number (if known) | 24-61191-RBC |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**Gete Yohannes**
**23120 Dunlop Heights Tr.**
**Ashburn, VA 20148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,441.96    $1,441.96

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**Grey Sanchez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$596.40    $596.40

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**Heather Powers**
**3444 Fremont St.**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$560.00    $560.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**Hema Patel**
**657 Towncrest Dr.**
**Dayton, OH 45434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,885.89    $1,885.89

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | BlueSummit Medical Group, LLC | Case number (if known) | 24-61191-RBC |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.33 | $867.33 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|

**Hina Patel**
**5013 Catalpa Drive**
**Conover, OH 45317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,935.80 | $2,935.80 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Ieman Ahmed**
**9110 Forestview Drive**
**Manassas, VA 20112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,490.84 | $77,490.84 |
|------|----------------------------------------------|----------------------------------------------|------------|------------|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**Post Office Box 21126**
**Philadelphia, PA 19114-0326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.54 | $1,255.54 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|

**Jessica Millones**
**43448 Stonewood Crossing**
**Terrace**
**Ashburn, VA 20148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  9 of 27

| Debtor | BlueSummit Medical Group, LLC | Case number (if known) | 24-61191-RBC |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address
**Jessica Stump**
**253 Camby Srive**
**Kingsport, TN 37664**

As of the petition filing date, the claim is: $236.00 | $236.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**Justine Rock**
**5803 Lake Ave.**
**Greenville, OH 45331**

As of the petition filing date, the claim is: $1,297.09 | $1,297.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**Kamryn Logan**
**13720 Atlantis St.**
**Herndon, VA 20171**

As of the petition filing date, the claim is: $2,825.06 | $2,825.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**Katie Steele**
**6026 Waterloo Rd.**
**Dayton, OH 45459**

As of the petition filing date, the claim is: $5,307.69 | $5,307.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $812.50 | $812.50 |
|---|---|---|---|---|

**Kaylea Littler**
**6921 Cliffwood Place**
**Dayton, OH 45424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,373.09 | $1,373.09 |
|---|---|---|---|---|

**Kerry Adams**
**24409 Rock Pond Court**
**Aldie, VA 20105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.00 | $584.00 |
|---|---|---|---|---|

**Krista Orr**
**277 Lofers Glory Vw**
**Johnson City, TN 37615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,245.00 | $1,245.00 |
|---|---|---|---|---|

**Latanya Guy**
**757 Ferguson Ave.**
**Dayton, OH 45402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor   **BlueSummit Medical Group, LLC**                          Case number (if known)   **24-61191-RBC**
_____
Name

| | | | |
|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,584.00   $1,584.00 |

**Latia Edwards**
**2020 Val Vista Court**
**Dayton, OH 45406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00   $130.00 |

**Latoya Tatum**
**9903 Hagel Cir.**
**Lorton, VA 22079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,023.75   $1,023.75 |

**Lavonda Moore**
**8308 Mayfair St.**
**Cincinnati, OH 45216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00   $720.00 |

**Marcella Jones**
**1845 Duck Creek**
**Cincinnati, OH 45207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BlueSummit Medical Group, LLC** | | Case number (if known) | **24-61191-RBC** |
|--------|-----------------------------------|---|------------------------|------------------|
| | Name | | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.00 | $660.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Mariah Henderson**
**325 W. Siebenthaler Ave**
**Dayton, OH 45405**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Maribette E. Decker**
**2609 Galewood St.**
**Dayton, OH 45420**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,769.23 | $2,769.23 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Mark Phillips**
**213 Sparkling Brook Dr.**
**Bristol, TN 37620**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.22 | $1,026.22 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Mark Winborne**
**608 West Holly St.**
**Sterling, VA 20167**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|

Name

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.38 | $4,615.38 |

**Mary A Hess-Tackett**
**980 Wilmington Ave.**
**Apt. 134**
**Dayton, OH 45420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $10.00 |

**Matthew Russell**
**540 Sid Martin Rd.**
**Johnson City, TN 37615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |

**Maurice McCalister**
**225 Greenhill Rd.**
**Dayton, OH 45405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Melanie Buckles**
**603 Marboro Drive**
**Johnson City, TN 37601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,428.75 | $1,428.75 |
|---|---|---|---|---|

**Michael McDade**
**1607 Asmann Ave.**
**Apr. 24**
**Cincinnati, OH 45229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,578.00 | $3,578.00 |
|---|---|---|---|---|

**Michelle Casebolt**
**912 Sherbrooke Circle**
**Mount Carmel, TN 37645**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.63 | $77.63 |
|---|---|---|---|---|

**Mirra Mata**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.70 | $661.70 |
|---|---|---|---|---|

**Mohoshina Islam**
**22616 Scattersville Gap Terrace**
**Ashburn, VA 20148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.95 | $730.95 |
|---|---|---|---|---|

**Perpetual Appiah**
**P.O. Box 322**
**Ashburn, VA 20146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.92 | $116.92 |
|---|---|---|---|---|

**Rachelle Holt-Owens**
**101 Washington St.**
**Casstown, OH 45312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $754.50 | $754.50 |
|---|---|---|---|---|

**Regina Jones**
**2805 Gladstone St.**
**Dayton, OH 45439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.00 | $1,890.00 |
|---|---|---|---|---|

**Reza Pazekian**
**16927 Golden Leaf Ct.**
**Hamilton, VA 20158**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,651.79 | $1,651.79 |

**Rhoneeca Cox**
**2941 Sunbury Square**
**Columbus, OH 43219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.00 | $630.00 |
|---|---|---|---|---|

**Rondell Lawrence**
**953 Racine Ave.**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,893.95 | $1,893.95 |
|---|---|---|---|---|

**Rosemary Montano**
**21140 Huntin**
**Apt. 402**
**Sterling, VA 20166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Salamatu Kamara**
**754 Cordell Way**
**Herndon, VA 20171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | BlueSummit Medical Group, LLC | | Case number (if known) | 24-61191-RBC |
|---|---|---|---|---|
| | Name | | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,502.55 | $1,502.55 |
|---|---|---|---|---|

**Sarah Courtney Holt**
**42950 Summer Grove Terrace**
**Apt. 402**
**Ashburn, VA 20148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.50 | $1,154.50 |
|---|---|---|---|---|

**Sebrina Davis**
**5076 Northcrest Drive**
**Dayton, OH 45414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,157.95 | $3,157.95 |
|---|---|---|---|---|

**Shadi Mesdhagi**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,855.00 | $1,855.00 |
|---|---|---|---|---|

**Shaima Abdo**
**1800 Brethour Ct.**
**Apt. 7**
**Sterling, VA 20164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | BlueSummit Medical Group, LLC | Case number (if known) | 24-61191-RBC |
|---|---|---|---|

Name

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.54 | $649.54 |
|---|---|---|---|---|

**Shakena T. Withers**
**956 Brunswick Dr.**
**Dayton, OH 45424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,672.50 | $1,672.50 |
|---|---|---|---|---|

**Shana R. Brown**
**860 Glenwood Ave**
**Cincinnati, OH 45229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,769.23 | $2,769.23 |
|---|---|---|---|---|

**Shannon Calhoun**
**603 W G St.**
**Apt. A**
**Elizabethton, TN 37643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.00 | $1,152.00 |
|---|---|---|---|---|

**Shatawn E. Henderson**
**4003 Rymark Ct.**
**Dayton, OH 45415**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.95 | $83.95 |
|---|---|---|---|---|

**Silvia Flores**
**45780 Brandeis Ter.**
**Apt. 303**
**Sterling, VA 20166**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,746.49 | $1,746.49 |
|---|---|---|---|---|

**Tahlor D. Corbitt-Woods**
**5059 Well Fleet Dr.**
**Dayton, OH 45426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,027.94 | $1,027.94 |
|---|---|---|---|---|

**Tammy Shumaker**
**103 Shoreline Drive**
**Brookville, OH 45309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.75 | $1,643.75 |
|---|---|---|---|---|

**Tanya Lee**
**5193 Ballentrae Court**
**Cincinnati, OH 45248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,345.63 | $1,345.63 |
|---|---|---|---|---|

**Tanya WardWindborne**
**557 Crestwood St. SW**
**Leesburg, VA 20175**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.00 | $46.00 |
|---|---|---|---|---|

**Tina Risner**
**720 Wilson Ave.**
**Piqua, OH 45356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,536.47 | $2,536.47 |
|---|---|---|---|---|

**Ty'Issha Weatherspoon**
**2611 Inspiration Trail Ln.**
**Apt. 303**
**Columbus, OH 43219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,117.50 | $1,117.50 |
|---|---|---|---|---|

**Valecia Shelton**
**2019 Litchfield Ave.**
**Dayton, OH 45406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Whitney Thomas**
**3420 Wonderview Drive**
**Dayton, OH 45414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$620.57** |
|---|---|---|---|

**4imprint, Inc.**
**101 Commerce Street**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$1,542.25** |
|---|---|---|---|

**All My Sons Moving & Storage**
**7642 Dynatech Ct.**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$334,655.00** |
|---|---|---|---|

**Anab Ali**
**c/o Oasis Home Health Care Inc.**
**44121 Harry Byrd Highway Suite 180**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **seller note**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$1,137.50** |
|---|---|---|---|

**Capital Corporation Services**
**1501 S MoPac Expy**
**Suite 200**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | **$1,991.00** |
|---|---|---|---|

**Capital One**
**1680 Capital One Dr.**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,703.00** |
|---|---|---|---|

**Carlile Patchen & Murphy LLP**
**950 Goodale Blvd.**
**Suite 200**
**Columbus, OH 43212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,869.84** |
|---|---|---|---|

**Cloud9 Voip**
**P.O. Box 4666**
**Williamsburg, VA 23188**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,207.31** |
|---|---|---|---|

**Creative Edge Design, Inc.**
**4026 Wards Rd.**
**Altavista, VA 24517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Crews Control Shredding**
**42 Myers Acres Ln**
**Greeneville, TN 37743**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Culligan Water**
**9399 W. Higgins Rd.**
**Suite 1100**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,960.13** |
|---|---|---|---|

**Grove Medical Inc.**
**1089 Park W. Blvd.**
**Greenville, SC 29611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,650.00** |
|---|---|---|---|

**Hull Healthcare Consulting, LLC**
**P.O. Box 17665**
**Hattiesburg, MS 39404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Integrity Placement Group, LLC**
**1570 Blvd. of the Arts**
**Suite 200**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,119.31** |
|---|---|---|---|

**Iron Mountain**
**One Federal Street**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,413.00** |
|---|---|---|---|

**Keiter CPAs**
**4401 Dominion Blvd.**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,616.33** |
|---|---|---|---|

**Luckwell Solutions**
**3475 Investment Blvd.**
**Suite 201**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.45** |
|---|---|---|---|

**McCollum Bottled Water**
**2004 Highway 75**
**Blountville, TN 37617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$760.98** |
|---|---|---|---|

**Medforms**
**100 Westwood Pl.**
**#320**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440,000.00** |
|---|---|---|---|

**Monica Gregory**
**125 S. Augusta Street**
**Suite 300**
**Staunton, VA 24402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **seller note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|

Name

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,750.00** |
|---|---|---|---|

**Optimization Strategy Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,976.70** |
|---|---|---|---|

**Oracle**
**2300 Oracle Way**
**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$203,000.00** |
|---|---|---|---|

**Paychex**
**911 Panorama Trail South**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00** |
|---|---|---|---|

**PayrHealth, LLC**
**2121 Lohmans Crossing Rd.**
**Suite 504-823**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,635.00** |
|---|---|---|---|

**Precise Home Health Billing**
**14315 Bellcrest Dr.**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,987.25** |
|---|---|---|---|

**Ramp**
**28 West 23rd Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Robert Lamano**
**P.O. Box 108**
**Forest, VA 24551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __seller note__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Sheikuna Omar**
**6456 Cherokee Rose Drive**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$250,000.00**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __seller note__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Stericycle, Inc. dba Shred-it**
**2355 Waukegan Rd.**
**Bannockburn, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$502.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**UDig LLC**
**8000 Franklin Farms Dr.**
**Henrico, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$49,457.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Ugo Solomon**
**19 Myers Corner Drive**
**Suite A05**
**Staunton, VA 24401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$440,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __seller note__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**UiPath**
**One Vanderbilt Ave.**
**60th Floor**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$14,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**VA Dept. of State Police**
**7700 Midlothian Tpke**
**North Chesterfield, VA 23235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$358.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**Verizon**
**1095 Ave. of the Americas**
**1095 6th Ave.**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,795.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number (if known) | **24-61191-RBC** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,300.00 |
|---|---|---|---|

**Walker-Phillips HC Consulting**
**2707 Brambleton Ave. SW**
**Roanoke, VA 24015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,964.00 |
|---|---|---|---|

**WellSky**
**11300 Switzer Road**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,267.90 |
|---|---|---|---|

**Williams Mullen**
**P.O. Box 91719**
**Richmond, VA 23291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,548.60 |
|---|---|---|---|

**Xerox Financial Services**
**201 Merritt 7**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 177,079.42 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,445,436.94 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,622,516.36 |

**Fill in this information to identify the case:**

Debtor name  **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  **24-61191-RBC**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Guarantor 1907 Roan Street, Suite 409 Johnson City, TN 37601** <br> State the term remaining **50 mo.** <br> List the contract number of any government contract | **Millan Enterprises, LLC 126 Main Street Suite A Clarksville, TN 37040** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Guarantor Route 50 Hwy Suite No. 506 Fairfax, VA 22033** <br> State the term remaining **56 mo.** <br> List the contract number of any government contract | **Oaks Associates Limited Partnership P.O. Box 173 Warsaw, NY 14569** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **14805 Forest Rd. Suite 204 Forest, VA 24551** <br> State the term remaining **4 mo.** <br> List the contract number of any government contract | **Roca Investments LLC 307 Brook Park Pl. Forest, VA 24551** |

**Fill in this information to identify the case:**

Debtor name       **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **24-61191-RBC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bradbury and Norris LLC** | **1887 Buffalo Run Thaxton, VA 24174** | **MNY Capital LLC** | ■ D ___**2.6**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Bradbury Company LTD** | **1887 Buffalo Run Thaxton, VA 24174** | **Kalamata Capital Group** | ■ D ___**2.4**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Jayson Norris** | **1334 Willow Oak Drive Forest, VA 24551** | **Bank for Oakridge (SBA)** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Jayson Norris** | **1334 Willow Oak Drive Forest, VA 24551** | **Byline Bank (SBA)** | ■ D ___**2.2**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Oasis HH Operations LLC** | **44121 Harry Byrd Hwy Suite 180 Ashburn, VA 20147** | **Bank for Oakridge (SBA)** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* | **24-61191-RBC** |
| --- | --- | --- | --- |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |

| 2.6 | **Oasis Home Health Care Inc.** | | **Kalamata Capital Group** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| 2.7 | **Oasis Home Health Care, Inc.** | | **MNY Capital LLC** | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| 2.8 | **Reliable Home Health Care LLC** | **50 Chestnut Street Suite 240 Dayton, OH 45440** | **Byline Bank (SBA)** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| 2.9 | **Reliable Home Health Care LLC** | **50 Chestnut Street Suite 240 Dayton, OH 45440** | **Kalamata Capital Group** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| 2.10 | **Reliable Home Health Care LLC** | **50 Chestnut Street Suite 240 Dayton, OH 45440** | **MNY Capital LLC** | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| 2.11 | **Seven Hills Home Health, Inc.** | **14805 Forest Rd. Suite 205 Forest, VA 24551** | **Kalamata Capital Group** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| 2.12 | **Seven Hills Home Health, Inc.** | **14805 Forest Rd. Suite 205 Forest, VA 24551** | **MNY Capital LLC** | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* | **24-61191-RBC** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.13 | **Timothy Bradbury** | **1887 Buffalo Run** **Thaxton, VA 24174** | **Bank for Oakridge (SBA)** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.14 | **Timothy Bradbury** | **1887 Buffalo Run** **Thaxton, VA 24174** | **Byline Bank (SBA)** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.15 | **Timothy E. Bradbury** | **1887 Buffalo Run** **Thaxton, VA 24174** | **Dynasty Capital 26 LLC** | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.16 | **Timothy Edward Bradbury** | **1887 Buffalo Run** **Thaxton, VA 24174** | **Kalamata Capital Group** | ■ D  __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.17 | **Ashland Development Company, Inc.** | **1907 Roan Street** **Suite 409** **Johnson City, TN 37601** | **Millan Enterprises, LLC** | ☐ D ____ ☐ E/F ____ ■ G  __2.1__ |
| 2.18 | **Oasis HH Operations, LLC** | **44121 Harry Byrd Hwy** **Suite 180** **Ashburn, VA 20147** | **Oaks Associates Limited Partnership** | ☐ D ____ ☐ E/F ____ ■ G  __2.2__ |

**Fill in this information to identify the case:**

Debtor name    **BlueSummit Medical Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **24-61191-RBC**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Hull Healthcare Consulting, LLC P.O. Box 17665 Hattiesburg, MS 39404** | 9/16 | $9,245.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
   | 3.2. | **Merel Corp. Attn: Levi Ainsworth 1000 99th Street, Unit 8 Bay Harbor Islands, FL 33154** | 8/7/2024 | $34,942.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **MCA - Collection Company for Vox Funding LLC** |

Debtor  **BlueSummit Medical Group, LLC**                                    Case number *(if known)*  **24-61191-RBC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Dynasty Capital 26 LLC**<br>**dba Dynasty Capital**<br>**11 Broadway**<br>**New York, NY 10004** | **8/12; 8/19;**<br>**8/26; 9/3; 9/9;**<br>**9/16; 9/23;**<br>**10/15** | **$257,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **MCA Payments &**<br>**attachment release** |
| 3.4. **Kalatmala Capital Group**<br>**c/o Berkovitch & Bouskila PLLC**<br>**80 Broad Street**<br>**Suite 3300**<br>**New York, NY 10004** | **8/12; 8/16;**<br>**8/23; 8/30;**<br>**9/6; 9/17;**<br>**9/20** | **$54,133.62** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Roca Investments LLC**<br>**307 Brook Park Pl.**<br>**Forest, VA 24551** | | **$11,536.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.6. **Brightree**<br>**125 Technology Pkwy**<br>**Peachtree Corners, GA 30092** | **8/12; 8/19;**<br>**9/3** | **$15,070.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Byline Bank** | **7/31; 8/27** | **$31,650.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Bank of Oak Ridge** | **8/30; 9/30** | **$22,987.95** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **MNY Capital LLC**<br>**418 Broadway**<br>**Suite N**<br>**Albany, NY 12207** | **9/19** | **$23,437.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **MCA Payment** |
| 3.10. **Take Command Insurance**<br>**5477 Glen Lakes Drive**<br>**Suite 110**<br>**Dallas, TX 75231** | **7/30; 8/27;**<br>**9/30** | **$38,307.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | BlueSummit Medical Group, LLC | | Case number *(if known)* | **24-61191-RBC** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.11. **National Liability & Fire Insurance** **1314 Douglas St.** **Suite 1400** **Omaha, NE 68102** | **8/9; 9/3; 10/3** | **$10,447.71** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Optimization Strategy Group LLC** **42491 Hickorywood Drive** **Sterling Heights, MI 48314** | **8/13; 8/22;** **9/16; 10/3** | **$15,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.13. **Ramp** **28 West 23rd Street** **New York, NY 10010** | **8/14; 8/15/;** **9/3; 9/17** | **$47,499.79** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Credit Card__ |
| 3.14. **Capital One** **15075 Capital One Drive** **Richmond, VA 23238** | **8/14; 9/3; 9/4;** **10/4** | **$7,576.33** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Credit Card__ |
| 3.15. **First Insurance** **450 Skokie Blvd** **Suite 1000** **Northbrook, IL 60062** | **8/15; 9/24** | **$9,665.36** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. **Verizon** **P.O. Box 3037** **Bloomington, IL 61702** | **9/3; 10/1** | **$8,239.24** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.17. **Oracle** **2300 Oracle Way** **Austin, TX 78741** | **9/9** | **$16,499.80** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **LMU Properties LLC** | **8/16; 8/28;** **9/13** | **$11,225.37** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Rent and late charges__ |

Debtor    **BlueSummit Medical Group, LLC**                              Case number *(if known)*  **24-61191-RBC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. **Precise Home Health Billing**<br>**14315 Bellcrest Dr.**<br>**San Antonio, TX 78217** | 9/9 | $13,277.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Roca Investments LLC**<br>**307 Brook Park Pl.**<br>**Forest, VA 24551** | 8/13; 9/16 | $7,914.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.21. **Oaks Associates**<br>**6173 Executive Blvd.**<br>**Rockville, MD 20852** | 8/13; 9/17 | $7,741.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **ProMedical Services**<br>**102 Commerce St.**<br>**Suite H**<br>**Lynchburg, VA 24504** | 7/30; 8/22;<br>9/15 | $16,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

Debtor   **BlueSummit Medical Group, LLC**
_____   Case number *(if known)*   **24-61191-RBC**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Dynasty Capital 26 LLC dba Dynasty Capital 11 Broadway New York, NY 10004** | **Prejudgment attachment** Last 4 digits of account number: ___8218___ | 10/10/2024 | $202,570.63 |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DeShawna Moore v. Reliable Home Health Care, LLC, et al. 3:20-cv-00481** | **Employment dispute from prior ownership** | **S.D. Ohio, Western Division 200 West Second St. Dayton, OH 45402** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **BlueSummit Medical Group LLC, et al. v. Sheikuna Omar, et al. 22-cv-8355** | **Breach of duties, fraud, theft, conspiracy** | **Common Pleas, Franklin Co. 345 S High St. Columbus, OH 43215** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Dynasty Capital 26 LLC v. BlueSummit Medical Group LLC, et al.** | **Breach of Contract; prejudgment remedy** | **Superior Court of Conn, Fairfield Dist. 123 Hoyt Street Stamford, CT 06905** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **MNY Capital LLC v. BlueSummit Medical Group LLC, et al. 721496-2024** | **Breach of Contract** | **Supreme Court for County of Queens NY 88-11 Sutphin Blvd Jamaica, NY 11435** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* **24-61191-RBC** |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hirschler Fleischer**<br>**2100 E. Cary Street**<br>**Richmond, VA 23223** | | **10/1/2024** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Hirschler Fleischer**<br>**2100 E. Cary Street**<br>**Richmond, VA 23223** | | **10/18/24** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **BlueSummit Medical Group, LLC** | | Case number *(if known)* | **24-61191-RBC** |

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **1007 Quarles St.** **Bedford, VA 24523** | **2021 to 2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Patients Records in EMR**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Paychex 401K** | EIN: **87-1569384** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | BlueSummit Medical Group, LLC | Case number *(if known)* | 24-61191-RBC |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* **24-61191-RBC** |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Reliable Home Health Care LLC**<br>**50 Chestnut Street**<br>**Suite 240**<br>**Beavercreek, OH 45440** | **Healthcare** | EIN:   80-0480294<br><br>From-To |
| 25.2. **Oasis HH Operations LLC**<br>**44121 Harry Byrd Hwy**<br>**Suite 180**<br>**Ashburn, VA 20147** | **Healthcare** | EIN:   88-2085349<br><br>From-To |
| 25.3. **Shenandoah Valley Home Health**<br>**19 Myers Corner Drive**<br>**Suite A05**<br>**Staunton, VA 24401** | **Healthcare** | EIN:   46-6504608<br><br>From-To |
| 25.4. **ProCare TN Operations LLC**<br>**14805 Forest Road**<br>**Suite 205**<br>**Forest, VA 24551** | **Holding co. for Ashland Development Company, Inc.** | EIN:   93-3772100<br><br>From-To |
| 25.5. **Seven Hills Home Health, Inc.**<br>**14805 Forest Road**<br>**Suite 205**<br>**Forest, VA 24551** | **Healthcare** | EIN:   22-3890554<br><br>From-To |
| 25.6. **Seven Hills Hospice LLC**<br>**14805 Forest Road**<br>**Suite 205**<br>**Forest, VA 24551** | **Healthcare** | EIN:   26-4478231<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* | **24-61191-RBC** |

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Keiter CPAs**<br>**4401 Dominion Blvd.**<br>**Glen Allen, VA 23060** | **2022 to 2024** |
| 26a.2.  **Cottonwood Consulting**<br>**5016 Sylvan Rd.**<br>**Richmond, VA 23225** | **2023 to 2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Cottonwood Consulting**<br>**5616 Sylvan Road**<br>**Richmond, VA 23225** | **2023 to 2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Keiter CPAs**<br>**4401 Dominion Blvd.**<br>**Glen Allen, VA 23060** | **2022 to 2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Cottonwood Consulting**<br>**5616 Sylvan Road**<br>**Richmond, VA 23225** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Timothy Broadbury** | **1887 Buffalo Run**<br>**Thaxton, VA 24174** | **Director** | **31** |

Debtor    **BlueSummit Medical Group, LLC**                                    Case number *(if known)*   **24-61191-RBC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jayson Norris | 1334 Willow Oak Dr. Forest, VA 24551 | Director | 31 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Mayes | 1258 Gladden Cir. Forest, VA 24551 | Managing Director | 31 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Knighton | 64 Rolling Green Lane Brightwood, VA 22715 | Minority Owner | 4 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglas Densmoore | 2625 South Jefferson St. Roanoke, VA 24014 | Minority Owner | 3 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Timothy Bradbury** 1887 Buffalo Run Thaxton, VA 24174 | $185,153.69 | 10/26/2023-10/24/2024 | Payroll - Compensation |
| | **Relationship to debtor** Partner/Director | | | |
| 30.2. | **Jayson Norris** 1334 Willow Oak Dr. Forest, VA 24551 | $187,091.52 | 10/26/2023-10/24/2024 | Payroll - Compensation |
| | **Relationship to debtor** Partner/Director | | | |
| 30.3. | **William Mayes** 1258 Gladden Cir. Forest, VA 24551 | $226,538.39 | 10/26/2023-10/24/2024 | Payroll - Compensation |
| | **Relationship to debtor** Managing Partner/CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | **BlueSummit Medical Group, LLC** | Case number *(if known)* **24-61191-RBC** |
|---|---|---|

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  2, 2024**

**/s/ Jayson Norris**                                                **Jayson Norris**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes