**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| **In re:** | |
| **BLUESUMMIT MEDICAL GROUP LLC, et al.**[1] | Case No. 24-61191-RBC |
| **Debtors.** | Chapter 7 |

**KAPITUS SERVICING INC.,**
**AS SERVICING AGENT FOR KAPITUS LLC**

                            **Plaintiff,**
v.

**BLUESUMMIT MEDICAL GROUP LLC, et al.**
                            **Defendants.**

## NOTICE OF APPEAL

The Plaintiff, Kapitus Servicing Inc., as servicing agent for Kapitus LLC ("**Kapitus**" or "**Plaintiff**"), by counsel, hereby appeals pursuant to 28 U.S.C. §158(a)(1) the *Order Denying the Motion for Reconsideration* (the "**Order**")[2] entered by the United States Bankruptcy Court for the

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: BlueSummit Medical Group LLC (9384), Oasis HH Operations LLC (5349), Shenandoah Valley Home Health Inc. (4608), Seven Hills Hospice, LLC (8231), Seven Hills Home Health, Inc. (0554), Ashland Development Company, Inc. (6734), ProCare TN Operations LLC (2100), Reliable Home Health Care LLC (0294). The location of Debtor BlueSummit Medical Group LLC's principal place of business is: 14805 Forest Road, Suite 205, Forest, Virginia 24551.The location of Debtor BlueSummit Medical Group LLC's principal place of business is: 14805 Forest Road, Suite 205, Forest, Virginia 24551.

[2] The Order further denies the Motion to Stay the Order and Request for Emergency Hearing.

W. Ashley Burgess, VSB 67998
Klementina V. Pavlova, VSB No. 92942
SANDS ANDERSON PC
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648.1636
Facsimile: (804) 783-7291
Email:  aburgess@sandsanderson.com
         kpavlova@sandsanderson.com
*Counsel for Kapitus Servicing Inc., as servicing agent for Kapitus LLC*

Western District of Virginia in this bankruptcy case on December 19, 2024 [Doc. No. 114]. A copy of the Order is attached as **Exhibit A**.

The names of all parties to the Order being appealed including the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| W. Ashley Burgess, Esq. | Brittany B. Falabella, Esq |
| Klementina V. Pavlova, Esq. | Kollin G. Bender, Esq. |
| SANDS ANDERSON PC | HIRSCHLER FLEISCHER, P.C. |
| P.O. Box 1998 | P.O. Box 500 |
| Richmond, VA 23218-1998 | Richmond, VA 23218-0500 |
| Telephone: 804.648.1636 | Telephone: 804-771-9500 |
| *Counsel for Kapitus* | *Counsel for BlueSummit* |

Date: January 2, 2025

**KAPITUS SERVICING INC., AS SERVICER FOR KAPITUS LLC**
**By Counsel**

 */s/ Klementina V. Pavlova*
W. Ashley Burgess, VSB No. 46911
Klementina V. Pavlova, VSB No. 92942
**SANDS ANDERSON PC**
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648.1636
Facsimile: (804) 783-7291
Email: aburgess@sandsanderson.com
      kpavlova@sandsanderson.com
*Counsel for Kapitus Servicing Inc., as servicing agent for Kapitus LLC*

## CERTIFICATE OF SERVICE

  I certify that on this 2nd day of January, 2025, I caused the foregoing to be electronically filed with the United States Bankruptcy Court for the Western District of Virginia which caused electronic notifications of filing to be served on all registered users of the CM/ECF System that have appeared in this case.  I further certify that I mailed a true copy by first class U.S. Mail, postage prepaid to the following:

    BlueSummit Medical Group, LLC
    14805 Forest Road, Suite 205
    Forest, VA 24551
     *Debtor*

    Brittany Berlauk Falabella, Esq.
    HIRSCHLER FLEISCHER, P.C.
    P.O. Box 500
    Richmond, VA 23218-0500
     *Counsel to Debtor*

    Hannah W. Hutman, Esq.
    HOOVER PENROD
    342 S. Main Street
    Harrisonburg, VA 22801
     *Chapter 7 Trustee*

    Office of the United States Trustee
    210 First Street, Suite 505
    Roanoke, VA 24011
     *US Trustee*

    Official Committee of Unsecured Creditors
    c/o Adolyn Clark Wyatt, Esq.
    KUTAK ROCK LLP
    1021 East Cary Street, Suite 810
    Richmond, VA 23219

    All parties on the attached mailing matrix.

           */s/ Klementina V. Pavlova*



**SIGNED THIS 19th day of December, 2024**

/s/ Rebecca B. Connelly
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLUESUMMIT MEDICAL GROUP LLC,[1] | : | Case No. 24-61191-RBC |
| | : | (Procedurally Consolidated) |
| Debtors in Possession. | : | |
| | x | |

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter came before the Court upon the Motion for Reconsideration, Motion to Stay the Order, and Request for Emergency Hearing (the "Kapitus Motion") filed on November 26, 2024, by Kapitus Servicing, Inc., a servicing agent for Kapitus, LLC ("Kapitus"). *See* ECF Doc. No. 61. Kapitus sought reconsideration to vacate the Court's Second Interim Order Authorizing the Use of Cash Collateral entered at ECF Doc. No. 58 (the "Second Interim Order"), citing

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: BlueSummit Medical Group LLC (9384), Oasis HH Operations LLC (5349), Shenandoah Valley Home Health Inc. (4608), Seven Hills Hospice, LLC (8231), Seven Hills Home Health, Inc. (0554), Ashland Development Company, Inc. (6734), ProCare TN Operations LLC (2100), Reliable Home Health Care LLC (0294). The location of Debtor BlueSummit Medical Group LLC's principal place of business is: 14805 Forest Road, Suite 205, Forest, Virginia 24551.

Rule 59(e) and Rule 60(b) of the Federal Rules of Civil Procedure, applicable to this proceeding by Rule 9023 and Rule 9024 of the Federal Rules of Bankruptcy Procedure. Kapitus also sought a stay of the Second Interim Order.

The Second Interim Order authorized the use of certain cash collateral as set forth in the Debtors' budget (including for the purpose of paying non-insider employee wages and patient care needs) and provided adequate protection to Kapitus in the form of replacement liens and weekly payments after allocating for the budget items. In its motion, Kapitus requested that the Court hold an "emergency" evidentiary hearing prior to December 6, 2024, which was the Court's first available date for an in-person evidentiary hearing and which was the date given to counsel for Kapitus (prior to the filing of her motion) in response to her request for an emergency hearing date. While the Court was unavailable to conduct an in-person hearing prior to December 6, 2024, due in part to the Thanksgiving holiday, the Court held a hearing on the Kapitus Motion on December 6, 2024.

Vacating an order is an extreme remedy. Under Federal Rule of Civil Procedure 60(b), the Court may vacate a prior order for:

> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

Having reviewed the pleadings, considered the applicable law, and heard the arguments presented at the evidentiary hearing on December 6, 2024, the Court is satisfied none of the

2

bases under Rule 60(b)(1)–(5) are present. The only remaining potential ground under Rule 60 is the "catch-all" provision of Rule 60(b)(6), which allows a court to vacate its prior order for "any . . . reason that justifies relief" other than the more specific circumstances set out in Rule 60(b)(1)–(5). Kapitus emphasized its disagreement with the Second Interim Order and dissatisfaction with the sufficiency of the evidence in support of the ruling as justification to vacate the order. The Court finds that disagreement with the prior order does not justify entering an order to vacate it.

The Court may grant a motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e) "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." *United States v. Westinghouse Savannah River Co.*, 305 F.3d 284, 290 (4th Cir. 2002). Kapitus did not cite a change in controlling law, newly discovered evidence, or a clear error of law. Kapitus emphasized at the December 6 hearing that the Court must ensure there is adequate protection for the use of cash collateral otherwise Kapitus would be irreparably harmed, implying reconsideration is necessary to prevent manifest injustice.

The Court acknowledges the disputed nature of Kapitus's asserted interest. At the hearing on December 6, the Court heard testimony from David Wolfson, Vice President of Risk Management for Kapitus, and admitted into evidence documents regarding Kapitus's interest. The Court also heard testimony from Jayson Norris, Director of Finance for Blue Summit, who described the operations of the Debtors during the chapter 11 case. The Court is satisfied that Kapitus has shown it has an interest in cash collateral, and despite Kapitus's objections, is satisfied the Second Interim Order does provide sufficient adequate protection of that interest. Specifically, there is no evidence that the value of Kapitus's interest has declined due to the use

3

of cash collateral, plus the Second Interim Order provided replacement liens to Kapitus and weekly adequate protection payments. *See* ECF Doc. No. 58. In addition, the Debtors' use of cash collateral was, and remains, appropriate to pay employees who have already performed critical end-of-life care for patients and whose work generated receivables for the Debtors (upon which the Court's Second Interim Order granted a replacement lien to Kapitus). The Court finds no cause to reverse a ruling that authorized payment for those essential services.

Currently, there is no basis for relief under Rule 59(e) or Rule 60(b) to reconsider the Second Interim Order. Further, there is no basis to stay the Second Interim Order. The Kapitus Motion complains that "[b]y its terms the Second Interim Order became immediately effective and enforceable upon the entry notwithstanding any applicability of Bankruptcy Rule 6004(h)." Rule 6004(h) provides that an order *other than* for use of cash collateral is stayed for fourteen days. Because this is an order authorizing the use of cash collateral, the Court is not persuaded that grounds exist to impose a stay of the Order under Rule 6004(h) when the Rule does not contemplate such. In any event, the Kapitus Motion requests a stay "pending the resolution of Kapitus' Motion to Reconsider." Given the denial of the reconsideration request, the stay requested is no longer necessary.

Accordingly, it is

**O R D E R E D**

that the Kapitus Motion, ECF Doc. No. 61, is **DENIED**. The Court acknowledges that Kapitus, through counsel, objects to the Court's ruling and objects to the entry of this order.

**END OF ORDER**

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0423-6<br>Case 24-61191<br>Western District of Virginia<br>Lynchburg<br>Thu Jan  2 09:08:18 EST 2025 | BlueSummit Medical Group, LLC<br>14805 Forest Road<br>Suite 205<br>Forest, VA 24551-5019 | County of Bedford<br>122 East Main Street<br>Bedford, VA 24523-2000 |
| MNY Capital<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd.<br>Suite 24<br>Melville, NY 11747-3669 | Official Committee of Unsecured Creditors<br>c/o Kutak Rock LLP<br>1021 E. Cary St., Ste. 810<br>Richmond, VA 23219-0020 | Oracle America, Inc.<br>Buchalter, a Professional Corporation<br>c/o Shawn M. Christianson, Esq.<br>425 Market St., Suite 2900<br>San Francisco, Ca 94105-2491 |
| US Bankruptcy Court<br>Lynchburg Division<br>1101 Court St, Room 166<br>Lynchburg, VA 24504-4597 | 360Markin<br>7750 Town Centre Dr.<br>Suite 200<br>Broadview Heights, OH 44147-4049 | AAA Answering Service<br>4159 Ringgold Road<br>Suite 107<br>Chattanooga, TN 37412-2442 |
| Abdo, Shaima M.<br>1800 Brethour Ct.<br>Apt. 7<br>Sterling, VA 20164-1509 | Accelerated Care Plus Leasing, Inc.<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 | Accident Fund<br>200 N. Grand Ave.<br>P.O. Box 40790<br>Lansing, MI 48901-7990 |
| Accurate Answer<br>20 S. Main Street<br>New Milford, CT 06776-3508 | Adaai, Juliet<br>19041 Kipheart Dr.<br>Leesburg, VA 20176-8417 | Adams, Kerry<br>24409 Rock Pond Court<br>Aldie, VA 20105-3305 |
| AdaptHealth<br>220 W. Germantown Pike<br>Suite 250<br>Plymouth Meeting, PA 19462-1437 | AeroCare Holdings<br>3325 Bartlett Blvd.<br>Orlando, FL 32811-6428 | Aflac<br>1932 Wynnton Road<br>Columbus, GA 31999-0002 |
| Ahmed, Ieman<br>9110 Forestview Drive<br>Manassas, VA 20112-3361 | Aidin, Inc.<br>228 Park Ave. S.<br>New York, NY 10003-1502 | Alan James Clark<br>2331 smith mtn lake parkway<br>Huddleston, VA 24104-4206 |
| Aleisha Williamson<br>5121 Ballard Drive<br>Dayton, OH 45417-6021 | Alethea Baisden<br>19761 Ashburn Road<br>Apt 412<br>Ashburn, VA 20147-4327 | All My Sons Moving & Storage<br>7642 Dynatech Ct.<br>Springfield, VA 22153-2811 |
| Alora Healthcare<br>3455 Peachtree Rd. NE<br>Suite 500<br>Atlanta, GA 30326-3236 | Amazon<br>410 Terry Ave. N.<br>Seattle, WA 98109-5210 | America's Ink & Toner Supply<br>15341 Montanus Dr.<br>Culpeper, VA 22701-2523 |
| Anab Ali<br>c/o Oasis Home Health Care Inc.<br>44121 Harry Byrd Highway<br>Suite 180<br>Ashburn, VA 20147<br>anab.ali@oasishhi.com   20147-5670 | Angela V. Whitesell<br>Vellines, Glick & Whitesell, P.C.<br>American Hotel Building<br>125 South Augusta Street, Suite 3000<br>Staunton, VA 24401-4389 | Appiah, Perpetual<br>P.O. Box 322<br>Ashburn, VA 20146-0322 |

| | | |
|---|---|---|
| Atmos Energy<br>1800 Three Lincoln Centre<br>Suite 1800<br>5430 LBJ Freeway<br>Dallas, TX 75240-2615 | Axxess Technologies<br>16000 Dallas Parkway<br>Suite 700N<br>Dallas, TX 75248-6607 | Baisden, Alethea<br>19761 AShburn Rd.<br>Apt. 412<br>Ashburn, VA 20147-4327 |
| Bank of Oakridge<br>Andrew Wheeler, Sr. VP<br>2211 Oakridge Road<br>Oakridge, NC 27310<br>awheeler@bankofoadridge.com 27310-9619 | Bank of Oakridge<br>Thomas W. Wayne, CEO & President<br>2211 Oakridge Road<br>Oakridge, NC 27310-9619 | Barbara Fox<br>42865 Vestals Gap Drive<br>Ashburn, VA 20148-4004 |
| Bedford County - Nursing Home<br>1229 County Farm Rd.<br>Bedford, VA 24523-3131 | Berkovitch & Bouskila PLLC<br>1545 US 202, Suite 101<br>Pomona, NY 10970-2951 | Bick, Chasity L.<br>112 W Elm St.<br>Washington Court House, OH 43160-1908 |
| Brian Waskin<br>2198 Finland Dr.<br>Dayton, OH 45439-2762 | Brightree<br>125 Technology Pkwy<br>Peachtree Corners, GA 30092-2913 | Brightridge<br>2600 Boones Creek Rd.<br>Building C<br>Johnson City, TN 37615-4441 |
| Brightspeed<br>P.O. Box 6102<br>Carol Stream, IL 60197-6102 | Brown Edwards<br>1909 Financial Drive<br>Harrisonburg, VA 22801-3682 | Brown, Britnee<br>320 Stuckhardt Rd.<br>Trotwood, OH 45426-2704 |
| Buckles, Melanie<br>603 Marboro Drive<br>Johnson City, TN 37601-2431 | Buffenbarger, Cassandra<br>401 Avon Oak Ct.<br>New Lebanon, OH 45345-1503 | (p)BYLINE BANK<br>ATTN PAYROLL/K WALTERS<br>180 N LASALLE ST<br>SUITE 300<br>CHICAGO IL 60601-3110 |
| CLIA Laboratory Program<br>90 7th Street<br>Suite 5-300 (5W)<br>San Francisco, CA 94103-6701 | Calhoun, Shannon<br>603 W G St.<br>Apt. A<br>Elizabethton, TN 37643-3088 | Capital One<br>1680 Capital One Dr.<br>McLean, VA 22102-3407 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capitol Services<br>1501 S MoPac Wxpy<br>Suite 220<br>Austin, TX 78746 | Cardinal Health at Home<br>7000 Cardinal Pl.<br>Dublin, OH 43017-1091 |
| Carlile Patchen & Murphy LLP<br>950 Goodale Blvd.<br>Suite 200<br>Columbus, OH 43212-3974 | Centra Medical Group<br>1920 Atherholt Drive<br>Lynchburg, VA 24501-1120 | Centriworks<br>3505 Sutherland Avenue<br>Knoxville, TN 37919-3116 |
| Champion, Shawntail<br>514 Homeview Ave.<br>Springfield, OH 45505-2013 | Chase Auto Lease<br>P.O. Box 78074<br>Phoenix, AZ 85062-8074 | Chrishana Walker<br>1829 Malvern Ave.<br>Dayton, OH 45406-4448 |

| | | |
|---|---|---|
| Chubb<br>202 Halls Mill Road<br>Whitehouse Station, NJ 08889-3435 | City of Johnson City<br>City Hall<br>601 E. Main St.<br>Suite 4<br>Johnson City, TN 37601-4879 | City of Lynchburg<br>900 Church Street<br>Lynchburg, VA 24504-1620 |
| Cloud9 Voip<br>P.O. Box 5666<br>Williamsburg, VA 23188-5210 | Cohen Consulting<br>110 Wall Street<br>New York, NY 10005-3801 | College Hunks Hauling Junk and Moving<br>4411 W Tampa Bay Blvd<br>Tampa, FL 33614-7803 |
| Comcast<br>1701 John F. Kennedy Blvd.<br>#300<br>Philadelphia, PA 19103-2854 | Comdoc<br>8247 Pittsburg Ave., NW<br>Canton, OH 44720-5677 | Continental Corporate Services<br>908 Pompton Ave.<br>Cedar Grove, NJ 07009-1263 |
| Corbitt-Woods, Tahlor<br>5059 Well Fleet Dr.<br>Dayton, OH 45426-1417 | Cottonwood Consulting LLC<br>484 Turner Dr.<br>Building D<br>Durango, CO 81303-3432 | County of Bedford<br>Patrick J. Skelley II, Esq.<br>122 East Main Street<br>Bedford, VA 24523-2000 |
| Cox, Rhoneeca<br>2941 Sunbury Square<br>Columbus, OH 43219-3413 | Creative Edge Design, Inc.<br>4026 Wards Rd.<br>Altavista, VA 24517-4318 | Crews Control Shredding<br>42 Myers Acres Ln.<br>Greenville, TN 37743-3081 |
| Culligan Water<br>9399 W. Higgins Rd.<br>Suite 1100<br>Rosemont, IL 60018-4940 | Curispan Health Group<br>8911 N. Capital of Texas Hwy<br>Building 1, Suite 110<br>Austin, TX 78759-7203 | Darlene Rogers<br>19761 Ashburn Rd.<br>Ashburn, VA 20147-4321 |
| Davis, Sebrina<br>5076 Northcrest Dr.<br>Dayton, OH 45414-3714 | Decker, Maribett E.<br>2609 Galewood St.<br>Kettering, OH 45420-3581 | Deshawna Moore<br>c/o Jeffrey J. Patter<br>Ulmer & Berne LLP<br>65 E. State Street<br>Suite 1100<br>Columbus, OH 43215-4213 |
| Douglas W. Densmore<br>2625 South Jefferson St.<br>Roanoke, VA 24014-3315 | DrinkMore Water<br>7595 Rickenbacker Dr.<br>Gaithersburg, MD 20879-4808 | Dunn, Alicia<br>16 Kratochwill St.<br>Dayton, OH 45410-2111 |
| Dynasty Capital 26 LLC dba Dynasty Capital<br>11 Broadway<br>New York, NY 10004-1303 | Edward Virginia Business Systems<br>9899 Mayland Drive<br>Richmond, VA 23233-1411 | Edwards, Latia<br>2020 Val Vista Court<br>Dayton, OH 45406-2248 |
| Ely, Cynthia<br>531 Belmonte Park<br>Apt. 1002<br>Dayton, OH 45405-4748 | Enclara Pharmacy<br>1601 Cherry St.<br>#1800<br>Philadelphia, PA 19102-1314 | Encova Insurance<br>471 E. Broad Street<br>Columbus, OH 43215-3822 |

| | | |
|---|---|---|
| Erica Hawkins<br>1225 Nassau Drive<br>Kingsport, TN 37660-4112 | Experian Health<br>720 Cool Springs Blvd.<br>#200<br>Franklin, TN 37067-7256 | FedEx<br>942 South Shady Grove Road<br>Memphis, TN 38120-4117 |
| First Insurance<br>601 Post Office Rd.<br>Waldorf, MD 20602-1912 | Flores, Silvia L.<br>45780 Brandeis Ter.<br>Apt. 303<br>Sterling, VA 20166-6684 | Focus Telecommunications<br>1912 Liberty Road<br>Building #2<br>Suit F<br>Eldersburg, MD 21784-6602 |
| Gallagher's Human Resources & Compensat<br>2850 Golf Road<br>Rolling Meadows, IL 60008-4050 | Gary M. Coates, Esq.<br>Freeman, Dunn, Lucy & Coates, Esq,<br>1045 Cottontowm Road<br>Lynchburg, VA 24503-4961 | Gentry Locke<br>P.O. Box 40013<br>Roanoke, VA<br>Roanoke, VA 24022-0013 |
| Green, Coretta<br>9209 Greenshire Drive<br>Manassas, VA 20111-3035 | Grey Margarita Sanchez Briceno<br>21066 Cornerpost Square<br>Ashburn, VA 20147-5325 | Grove Medical Inc.<br>1089 Park W. Blvd.<br>Greenville, SC 29611-6124 |
| Guy, LaTanya<br>757 Ferguson Ave.<br>Dayton, OH 45402-6207 | Hall, Andrena<br>415 Catherine Ave.<br>#A<br>Cincinnati, OH 45229-3010 | Hanover Insurance Group<br>12100 Sunset Hills Rd.<br>Suite 230<br>Reston, VA 20190-3221 |
| Hawkins, Erica A<br>1225 Nassau Dr<br>Kingsport, TN 37660-4112 | Health Care First<br>1501 South Clinton Street<br>Canton Tower<br>Baltimore, MD 21224-5744 | Henderson, Mariah<br>325 W. Siebenthaler Ave.<br>Dayton, OH 45405-2243 |
| Henderson, Shatawn E.<br>4003 Rymark Ct.<br>Dayton, OH 45415-1423 | Hess-Tackett, Mary A.<br>980 Wilmington Ave.<br>Apt. 134<br>Cayton, OH 45420-4600 | Hilton, Cory D.<br>1506 Southside Rd.<br>Elizabethton, TN 37643-3078 |
| Holland & Knight<br>1650 Tysons Blvd., #1700<br>Tysons, VA 22102-4827 | Holt, Sarah C.<br>42950 Summer Grove Ter.<br>Apt. 402<br>Ashburn, VA 20148-1840 | Holt-Owens, Rachelle<br>101 Washington St.<br>Casstown, OH 45312 |
| Hull Healthcare Consulting, LLC<br>P.O. Box 17665<br>Hattiesburg, MS 39404-7665 | Inovalon Provider, Inc.<br>4321 Collington Road<br>Bowie, MD 20716-2259 | Integrity Placement Group, LLC<br>1570 Blvd. of the Arts<br>Sarasota, FL 34236-5085 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Iron Mountain<br>One Federal Street<br>Boston, MA 02110-2012 |

| | | |
|---|---|---|
| Islam, Mohoshina<br>22616 Scattersville Gap Terrace<br>Ashburn, VA 20148-3177 | Jayson Norris<br>1334 Willow Oak Drive<br>Forest, VA 24551-2992 | Jeffrey D. Knighton<br>64 Rolling Green Lane<br>Brightwood, VA 22715-1757 |
| Jeremy Smith, PT<br>1479 Rockfish Rd<br>Waynesboro, VA 22980-6309 | Jessica Stump<br>253 camby drive<br>Kingsport TN 37664, TN 37664-5331 | John Vantine, Esq.<br>Williams Mullen<br>200 S. 10th Street, Suite 1600<br>Richmond 23219-4061 |
| Johnson City Emergency<br>296 Wesley Street<br>Johnson City, TN 37601-1720 | Johnson City Utility System<br>601 E. Main Street<br>Johnson City, TN 37601-4880 | Johnson, Courtney M<br>387 Bullock Hollow Rd<br>Bristol, TN 37620-9008 |
| Jones, Marcella<br>1845 Duck Creek<br>Cincinnati, OH 45207-1641 | Jones, Regina<br>2805 Gladstone Street<br>Moraine, OH 45439-1627 | Jordan, Tina<br>508 W. Stewart St.<br>Dayton, OH 45417-4051 |
| Joshi & Joshi, Inc<br>344 Park St NE<br>Vienna, VA 22180-3556 | K & A Investments LLC<br>168 Ten Mile Cir.<br>Frisco, CO 80443 | Kabbage/Amex<br>730 Peachtree Street NE<br>Suite 1100<br>Atlanta, GA 30308-1263 |
| Kalamata Capital Group LLC<br>c/o Berkovitch & Bouskila PLLC<br>80 Broad Street<br>Suite 3300<br>New York, NY 10004-2219 | Kalamatu Kamara<br>754 Cordell Way<br>Herndon, VA 20170-4403 | Kamryn Logan<br>13720 Atlantis St.<br>Apt. 332<br>Herndon, VA 20171-4164 |
| Kapitus LLC<br>120 W. 45th Street<br>New York, NY 10036<br>tsmith@kapitus.com 10036-4195 | Kapitus Servicing Inc.,<br>as servicing agent for Kapitus LLC<br>Attn Klementina Pavlova, Esquire<br>P.O. Box 1998<br>Richmond, VA 23218-1998 | Katie Steele<br>6026 Waterloo Rd.<br>Centerville, OH 45459-1915 |
| Keiter<br>4401 Dominion Blvd.<br>Glen Allen, VA 23060-3379 | LS Evolution LLC<br>7901 4th Street N<br>Suite 300<br>St. Petersburg, FL 33702-4399 | Latoya Tatum<br>9903 Hagel Cir.<br>Lorton, VA 22079-4306 |
| Lawrence, Rondell<br>3591 Boroma Ave.<br>Columbus, OH 43228-3792 | Lee, Tanya<br>5193 Ballentrae Court<br>Cincinnati, OH 45238-5702 | Littler, Laylea<br>6921 Cliffwood Place<br>Huber, Heights, OH 45424-2928 |
| Luc Gaudreau, LMU Properties LLC<br>48 Woplfs Ledge Ln<br>Staunton, VA 24401-8328 | Luckwell Business Solutions, LLC<br>8407 Central Ave. Ste 2032<br>Newark, CA 94560-3431 | Luckwell Solutions<br>8407 Central Ave.<br>Suite 2032<br>Newark, CA 94560-3431 |

| | | |
|---|---|---|
| MEDIPROCITY INC<br>714 Spirit 40 Park Drive<br>Suite 130<br>Chesterfield, MO 63005-1147 | MGW Accounting<br>106 Langtree Village Dr.<br>Suite 301<br>Mooresville, NC 28117-7594 | MNY Capital<br>c/o Giuliano Law PC<br>Anthony Giuliano. Esq.<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 |
| MNY Capital LLC<br>418 Broadway<br>Suite N<br>Albany, NY 12207-2922 | Mann Legal Services, LLC<br>Attn: Tobin Mann<br>P.O. Box 258<br>Granville, OH 43023-0258 | Mark Phillips<br>213 Sparkling Brook Dr.<br>Bristol, TN 37620-2748 |
| Mark Winborne<br>608 West Holly Street<br>Sterling, VA 20164-4619 | Masters, Amber M<br>223 Lawrence Ave<br>Miamisburg, OH 45342 | Matrix Care<br>10900 Hampshire Avenue South<br>Suite 100<br>Blommington, MN 55438-2699 |
| Matthew Russell<br>540 Sid Martin Rd<br>Unit 80<br>Gray, TN 37615-5116 | McCalister, Maurice<br>225 Greenhill Rd.<br>Dayton, OH 45405-1117 | McCollum Bottled Water<br>2004 Highway 75<br>Blountville, TN 37617-5831 |
| McDade, Michael<br>1607 Asmann Ave.<br>Apt. 24<br>Cincinnati, OH 45229-1725 | McKenzie Wagner-Unroe<br>111 W. McKinney Ave.<br>Suite G<br>Rogersville, TN 37857-3369 | McKesson<br>9954 Mayland Dr.<br>Richmond, VA 23233-1484 |
| McKesson Medical-Surgical<br>9954 Mayland Dr.<br>Richmond, VA 23233-1484 | McMurchy, Deborah<br>4911 Mays Ave.<br>Dayton, OH 45439-2819 | Med Centrix Health<br>71 W. 156th Street<br>Suite 500<br>Harvey, ILL 60426-4265 |
| MedForms<br>100 Westwood Pl.<br>#320<br>Brentwood, TN 37027-5044 | Medpass<br>1 Reynolds Way<br>Beavercreek, OH 45430-1586 | Michelle Lynn Redd<br>702 Hilltop Drive<br>Johnson City, TN 37604-7418 |
| Mike J. Urquhart<br>Larry A. Rocconi, Jr., Attorney<br>308 South Second Street<br>Clarksville, TN 37040-3632 | Millan Enterprises LLC<br>c/o Larry A. Rocconi, Jr., Esq.<br>308 South Second Street<br>Clarksville, TN 37040-3632 | Millan Holding LLC<br>126 Main Street<br>Suite A<br>Clarksville, TN 37040-3244 |
| Millennia Tax Relief<br>15000 Nelson Ave East<br>#200<br>City of Industry, CA 91744-4331 | Millones, Jessica<br>43448 Stonewood Crossing Terrace<br>Ashburn, VA 20148-3210 | Mohawk 11 Inc.<br>160 S. Industrial Blvd.<br>Calhoun, GA 30701-3030 |
| Monica Gregory<br>125 South Augusta Street<br>Suite 300<br>P.O. Box 235<br>Staunton, VA 24402-0235 | Montgomery, Christina<br>2154 Finland Dr.<br>Dayton, OH 45439-2762 | Moore, Lavonda<br>8308 Mayfair St.<br>Cincinnati, OH 45216-1023 |

| | | |
|---|---|---|
| Morrow, Darriyona<br>23 S. Lansdowne Ave.<br>Dayton, OH 45417-8524 | Mutual of Omaha<br>3300 Mutual of Omaha Plaza<br>Omaha, NE 68175-0002 | NBCI<br>4140 Executive Parkway<br>Westerville, OH 43081-3884 |
| NOVA Business Law Group, LLC<br>Attn: Brandon Okes<br>4151 Chain Bridge Rd.<br>Fairfax, VA 22030<br>bokes@novablg.com 22030-4102 | National Liability & Fire<br>P.O. Box 113247<br>Stamford, CT 06911-3247 | NetSuite<br>2300 Oracle Way<br>Austin, TX 78741-1400 |
| Nicklas, Sybella B<br>303 Marshall Ln<br>Greeneville, TN 37743-4429 | Nixon, Deborah<br>3812 Kenker Pl<br>Apt 1<br>Cincinnati, OH 45211-4807 | OAKS ASSOCIATES LP<br>6173 Executive Blvd.<br>Rockville, MD 20852-3901 |
| (p)OHIO BUREAU OF WORKERS' COMPENSATION<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 | Oasis Home Healthcare<br>44121 Harry Byrd Hwy<br>Suite 180<br>Ashburn, VA 20147-5670 | Odd + Even LLC<br>660 York St.<br>Suite 4<br>San Francisco, CA 94110-2102 |
| Official Committee of Unsecured Creditors<br>c/o Adolyn Wyatt<br>Kutak Rock LLP<br>1021 E. Cary St., Ste. 810<br>Richmond, VA 23219-4082 | Ogunkuade, Ifeoluwa<br>1860 Seabreeze Ct.<br>Apt 1D<br>Dayton, OH 45458-1756 | Ohio Department of Treasury<br>30 E. Broad St.<br>#9<br>Columbus, OH 43215-3414 |
| Olshan Properties<br>6525 West Campus Oval<br>Suite 100<br>New Albany, OH 43054-8831 | Optimization Strategy Group, LLC<br>42491 Hickory Wood Drive<br>Sterling Heights, MI 48314-2932 | Optum Hospice Pharmacy Services, LLC<br>7480 Halcyon Pointe Dr.<br>Suite 300<br>Montgomery, AL 36117-8111 |
| Oracle<br>2300 Oracle Way<br>Austin, TX 78741-1400 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 | Orr, Krista G<br>277 Loafers Glory Vw<br>Gray, TN 37615-4877 |
| PIEDMONT COMMUNITY HEALTH PLAN<br>1920 Atherhold Road<br>Lynchburg, VA 24501-1104 | Pamela Walshaw<br>390 Oak Ridge Drive<br>Altavista, VA 24517-2213 | Parker, April R.<br>13936 Rockland Village Dr.<br>Apt. 104<br>Chantilly, VA 20151-4507 |
| Parker, Arrie<br>13936 Rockland Village Dr.<br>Apt. 104<br>Chantilly, VA 20151-4507 | Patel, Hema<br>657 Towncrest Dr.<br>Dayton, OH 45434-5889 | Patel, Hina<br>5013 Catalpa Dr.<br>Tipp City, OH 45371-7589 |
| Paychex<br>1175 John Street<br>West Henrietta, NY 14586-9199 | PayrHealth, LLC<br>2121 Lohmans Crossing Rd.<br>Suite 504-823<br>Austin, TX 78734-5288 | Perpetual Appiah<br>P.O. Box 322<br>Ashburn, VA 20146-0322 |

| | | |
|---|---|---|
| Phillips, Mark<br>213 Sparkling Brook Dr.<br>Bristol, TN 37620-2748 | Pinnacle Property Options<br>5055 Keller Springs Road<br>Suite 400<br>Addison, TX 75001-6208 | Piovesan, Dorothy<br>1474 Derrland St.<br>Dayton, OH 45432-3408 |
| Pip Printing<br>1709 Memorial Avenue<br>Lynchburg, VA 24501-1714 | Plic Peris Principal<br>711 High Street<br>Des Moines, IA 50392-0001 | PointClickCare Technologies<br>5570 Explorer Drive<br>Mississauga, ON L4W 0C4 |
| Powers, Heather<br>3444 Fremont St.<br>Columbus, OH 43204-1250 | Precise Home Health Billing<br>14315 Bellcrest Dr.<br>San Antonio, TX 78217-1565 | ProMedical Services, Inc.<br>7500 Security Blvd.<br>Baltimore, MD 21244-1849 |
| ProMedical Services, Inc.<br>Gary M. Coates, Esq.<br>1045 Cottontown Road<br>Lynchburg, VA 24503-4961 | Quill Corp.<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | Ramp<br>28 West 23rd Street<br>New York, NY 10010-5260 |
| Randolph, Clarissa M<br>101 Locust Ln<br>Johnson City, TN 37604-2239 | Redder, Kyra D.<br>1668 Wigwam Trl<br>Xenia, OH 45385-4140 | (p)RELIAS LLC<br>ATTN LEGAL<br>1010 SYNC STREET<br>SUITE 100<br>MORRISVILLE NC 27560-5473 |
| Reza Pazekian<br>16927 Golden Leaf Ct.<br>Hamilton, VA 20158-3225 | Robert Lamano<br>P.O. Box 108<br>Forest, VA 24551<br>rlamano21@gmail.com 24551-0108 | Roca Investments LLC<br>1575 Kalaniiki Street<br>Honolulu, HA 96821-1217 |
| Rock, Justine E.<br>5803 Lake Ave.<br>Greenville, OH 45331-9607 | Rondell Lawrence<br>853 Racine Ave.<br>Columbus, OH 43204 | Rossmery Montano<br>21140 Huntington Square<br>Apt. 402<br>Sterling, VA 20166-6545 |
| Russell, Matthew M<br>540 Sid Martin Rd<br>Gray, TN 37615-5108 | SBA - Bank for Oakridge<br>P.O. Box 2<br>Oakridge, NC 27310-0002 | SBA - Byline Bank<br>180 N. LaSalle Street<br>Suite 300<br>Chicago, IL 60601-3110 |
| SG Program Insurance Agency Retail, Inc.<br>601 Embassy Oaks<br>Suite 105<br>San Antonio, TX 78216-2019 | SVOE<br>10 Green Hills Drive<br>Verona, VA 24482-2654 | Samadi, Fawzia<br>2803 Pag St.<br>Apt 4134<br>Alexandria, VA 22303 |
| Sapiat Asset Management<br>705 Professional Plaza Dr.<br>#2<br>Greeneville, TN 37745-5198 | Sarah Courtney Holt<br>42950 Summer Grove Terrace<br>Apt 402<br>Ashburn, VA 20148-1840 | Scheffler, Aireen<br>1721 Deerbrook Trl<br>Beavercreek, OH 45434-6622 |

| | | |
|---|---|---|
| Scott Insurance<br>1301 Old Graves Mill Road<br>Lynchburg, VA 24502-4317 | Scott Marshall dba Marshall Brothers Termite<br>295 Don Carson Road<br>Telford, TN 37690-2306 | Shadi Mesdaghi<br>21225 Greenbrier Ct.<br>Ashburn, VA 20147-5302 |
| Shaima Abdo<br>1800 Brethour Ct Apt 7<br>Sterling, VA 20164-1509 | Shana Brown<br>860 Glenwood Ave.<br>Cincinnati, OH 45229-2773 | Sharon Weems<br>2875 Highland Grove Drive<br>Johnson City, TN 37615-4729 |
| Sharone Osborne<br>2875 Highland Grove Drive<br>Johnson City, TN 37615-4729 | Sheikuna Omar<br>6456 Cherokee Rose Drive<br>Westerville, OH 43081-3710 | Shelton, Valecia T.<br>2019 Litchfield Ave.<br>Dayton, OH 45406-3813 |
| (c)SHENANDOAN VALLEY HOME HEALTH INC.<br>ATTN: MONICA GREGORY/UGO SOLOMON<br>48 WOLFS LEDGE LN<br>STAUNTON VA  24401-8328 | Shentel<br>P.O. Box 459<br>Edinburg, VA 22824-0459 | Sherrard Roe Voigt & Harbison, PLC<br>c/o Hunter C. Branstetter<br>150 3rd AVenue South<br>Suite 1100<br>Nashville, TN 37201<br>hbranstetter@srvhlaw.com  37201-2037 |
| ShredPro<br>4906 Van Epps Rd.<br>Brooklyn Heights, OH 44131-1018 | Shumaker, Tammy<br>103 Shoreline Dr.<br>Brookville, OH 45309-9209 | Source One Development<br>1015 N. York Rd.<br>Willow Grove, PA 19090-1317 |
| Spectrum<br>400 Washington Blvd.<br>Stamford, CT 06902-6641 | Sprouses Termite & Pest Control LLC<br>108 Parkersburg Tpke<br>Suite 104<br>Staunton, VA 24401-6137 | Stableconvergence<br>116 W. Main Street<br>Johnson City, TN 37604-6210 |
| Stealth Storage<br>60 Harbert Drive<br>Beavercreek, OH 45440-5118 | Stericycle, Inc. dba Shred-it<br>2355 Waukegan Road<br>Bannockburn, IL 60015-1503 | Strategic Healthcare Programs<br>6500 Hollister Ave.<br>Suite 210<br>Santa Barbara, CA 93117-5554 |
| Stump, Jessica<br>253 Camby Dr<br>Kingsport, TN 37664-5331 | Tennessee Department of Treasury<br>600 M.L.K. Jr. Blvd.<br>Nashville, TN 37243-0001 | The Principal Group<br>711 High Street<br>Des Moines, IA 50392-0001 |
| Timothy Bradbury<br>1887 Buffalo Run<br>Thaxton, VA 24174-3349 | Tina Risner<br>720 Wilson Ave.<br>Piqua, OH 45356-3044 | Topline Recovery<br>c/o Michael Vincent Scarpati, Esq.<br>1078 Summit Ave., Suite 104<br>Jersey City, NJ 07307-3438 |
| Triavo Health, LLC<br>11115 N. La Canada Drive<br>Oro Valley, AZ 85737-9462 | UB Greensfelder, LLP<br>1054 31st Street NW<br>Suite 280<br>Washington, DC 20007-4453 | UB Greensfelder, LLP<br>200 W. Madison St.<br>Suite 3300<br>Chicago, IL 60606-3607 |

| | | |
|---|---|---|
| UDig LLC<br>8000 Franklin Farms Dr.<br>Henrico, VA 23229<br>susan.frank@udig.com 23229-5002 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank Equipment<br>800 Nicollet Mall<br>Minneapolis, MN 55402-2511 |
| USTrustee<br>Office of the United States Trustee<br>210 First Street, Suite 505<br>Roanoke, VA 24011-1620 | Ugo Solomon<br>19 Myers Corner Dr.<br>Suite A05<br>Staunton, VA 24401-6348 | UiPath<br>One Vanderbilt Ave.<br>60th Floor<br>New York, NY 10017-3884 |
| United States Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Verified Credentials<br>20890 Kenbridge Court<br>Lakeville, MN 55044-8049 | Verizon<br>1095 Avenue of the Americas<br>1095 6th Ave.<br>New York, NY 10036-6704 |
| Virginia Business Systems<br>9899 Mayland Drive<br>Richmond, VA 23233-1411 | Virginia Department of State Police<br>7700 Midlothian Tpke<br>N. Chesterfield, VA 23235-5226 | Virginia Department of Treasury<br>101 N. 14th Street<br>Richmond, VA 23219-3684 |
| Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Walker-Phillips Healthcare Consulting<br>2707 Brambleton Ave. SW<br>Roanoke, VA 24015-4307 | Wanda Hull<br>P.O. Box 17665<br>Hattiesburg, MS 39404-7665 |
| WardWindborne, Tanya<br>557 Crestwood St SW<br>Leesburg, VA 20175-3812 | Weatherspoon, Ty'Issha E<br>2611 Inspiration Trail Ln<br>Apt 303<br>Columbus, OH 43219-3956 | WellSky<br>11300 Switzer Road<br>Overland Park, KS 66210-3665 |
| Whitney Thomas<br>3420 Wonderview Dr.<br>Dayton, OH 45414-5445 | Wilkerson, Serenity L<br>813 Burman Ave<br>Dayton, OH 45426-2722 | William Mayes<br>1258 Gladden Cir.<br>Forest, VA 24551-3559 |
| Williams Lawncare & Maintenance<br>13475 James Madison Hwy<br>Orange, VA 22960-2815 | Williams Mullen<br>Attn: James T. Bailey<br>200 S. 10th Street<br>Suite 1600<br>Richmond, VA 23219<br>jbailey@williamsmullen.com 23219-4061 | Wilson Worley P.C.<br>2021 Meadowview Lane<br>Second Floor<br>Kingsport, TN 37660-7429 |
| Wilson Worley PC<br>Andrew D. Street<br>200 E. Main Street, 1st FL<br>P.O. Box 88<br>Kingsport, TN 37662-0088 | Wilson, Angel D.<br>87 Dickey Ave<br>Fairborn, OH 45324-2306 | Withers, Shakena<br>956 Brunswick Dr.<br>Dayton, OH 45424-8016 |
| Xerox Financial Services<br>201 Merritt 7<br>Norwalk, CT 06851-1056 | Yohannes, Gete Y<br>23120 Dunlop Heights Ter.<br>Ashburn, VA 20148-7018 | c/o Michael E. Hastings, Esq.<br>Woods Rogers Vandeventer Black PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, VA 24011-1323 |

```
B. Webb King                          Brittany Benfield Falabella         Hannah W. Hutman(436156)
Office of the United States Trustee   Hirschler Fleischer, A Professional Corp   Hoover Penrod
210 First Street, Suite 505           2100 East Cary Street                 342 S. Main Street
Roanoke, VA 24011-1620                P.O. Box 500                          Harrisonburg, VA 22801-3628
                                      Richmond, VA 23218-0500


Sharon Weems
c/o Andrew D. Street
Wilson Worley PC
P.O. Box 88
Kingsport, TN 37662-0088
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Byline Bank                           (d)Byline Bank                        OHIO BUREAU OF WORKER'S COMPENSATION
Alberto J. Paracchini, CEO            Kim Hudson, Officer                   30 W. Spring St.
180 N. LaSalle Street                 180 N. LaSalle Street                 Columbus, OH 43215
Suite 300                             Suite 300
Chicago, IL 60601                     Chicago, IL 60601
                                      khudson@bylinebank.com

Relias LLC                            US Bank
1010 Sync Street                      800 Nicollet Mall
Suite 100                             Minneapolis, MN 55402
Morrisville, NC 27560
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Shenandoan Valley Home Health Inc.
Attn: Monica Gregory/Ugo Solomon
444 Frog Pond Road
Staunton, VA 24401
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of Oak Ridge                  (u)Kapitus Servicing Inc., as servicing agent   (u)Oak Ridge Bank


(d)MNY Capital LLC                    (d)Wanda Hull                         (d)Whitney Thomas
c/o Giuliano Law PC                   P.O. Box 17665                        3420 Wonderview Drive
Anthony Giuliano, Esq.                Hattiesburg, MS 39404-7665            Dayton, Oh 45414-5445
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645
```

```
End of Label Matrix
Mailable recipients    303
Bypassed recipients      6
Total                  309
```