**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg  Division**

In re:
**BLUESUMMIT MEDICAL GROUP LLC, et al.**[1]     **Case No. 24-61191-RBC**
                                                 **Chapter 7**
                    **Debtors.**

_____

**KAPITUS SERVICING INC.,**
**AS SERVICING AGENT FOR KAPITUS LLC**


                              **Plaintiff,**
**v.**


**BLUESUMMIT MEDICAL GROUP LLC, et al.**
                              **Defendants.**
_____

**OBJECTION TO APPLICATION TO AUTHORIZE RETENTION OF**
**KUTAK ROCK LLP AS COUNSEL FOR THE COMMITTEE OF UNSECURED**
**CREDITORS EFFECTIVE AS OF NOVEMBER 27, 2024**

Kapitus Servicing Inc., as servicing agent for Kapitus LLC ("**Kapitus**"), by and through

its undersigned counsel, objects to the *Application to Authorize Retention of  Kutak Rock LLP as*

*Counsel for the Committee of Unsecured Creditors Effective as of November 27, 2024* filed on

December 17, 2024 [Doc. No. 102] (the "**Application**"). In support of this Objection, Kapitus

states the following:

**Jurisdiction**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: BlueSummit Medical Group LLC (9384), Oasis HH Operations LLC (5349), Shenandoah Valley Home Health Inc. (4608), Seven Hills Hospice, LLC (8231), Seven Hills Home Health, Inc. (0554), Ashland Development Company, Inc. (6734), ProCare TN Operations LLC (2100), Reliable Home Health Care LLC (0294). The location of Debtor BlueSummit Medical Group LLC's principal place of business is: 14805 Forest Road, Suite 205, Forest, Virginia 24551.The location of Debtor BlueSummit Medical Group LLC's principal place of business is: 14805 Forest Road, Suite 205, Forest, Virginia 24551.

2.      This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3.      On October 25, 2024, BlueSummit Medical Group, LLC and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions under chapter 11 of the Bankruptcy Code.

4.      On November 12, 2024, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee"). (Doc. No. 38).

5.      On November 22, 2024, the Debtors informed the Court that the companies have decided to liquidate and not reorganize.

6.      On December 3, 2024, the Committee, by its proposed counsel, Kutak Rock, LLP, filed a Notice of Appearance. (Doc. No. 68).

7.      On December 6, 2024, the Court held an evidentiary hearing on the Debtors' Motion to Use Cash Collateral (Doc. No. 9); Objection filed by U.S. Trustee (Doc. Nos. 41 and 50); and Objections by Kapitus (Doc. Nos. 45 and 59).

8.      On December 13, 2024, the Committee, by its proposed counsel, moved to convert the chapter 11 bankruptcy cases of the Debtors to ones under chapter 7, and scheduled an expedited hearing on December 18, 2024. (Doc. No. 96).

9.      On December 17, 2024, the Committee filed its application for retroactive retention from November 27, 2024. (Doc. No. 102).

10.     On December 19, 2024, after the hearing on December 18, 2024, these cases were converted to cases under chapter 7 of the Bankruptcy Code. (Doc. No. 115).

**Argument**

11.     A Chapter 11 Committee of Unsecured Creditors is appointed by the United States Trustee pursuant to 11 U.S.C. § 1102(a)(1) of the Bankruptcy Code. However, upon conversion to Chapter 7, the statutory basis of the case is changed, therefore "the statute under which the Committee was created no longer applies and the committee is automatically dissolved." *Unsecured Creditors Committee of Butler Group, Inc. v. Butler (In re Butler)*, 94 B.R. 433, 436 (Bankr. N.D. Tex. 1989) (so ruling where the chapter 11 case was dismissed).

12.     Similarly, in *In re Freedlander, Inc. The Mortg. People*, the Court held that "for the same reasons that compensation to official committee counsel for post-conversion services is denied, the Court will deny compensation where the services are performed in the face of imminent conversion." *In re Freedlander, Inc. The Mortg. People*, 103 B.R. 752, 758 (Bankr. E.D. Va. 1989).

13.     Importantly, in *In re Freedlander, Inc. The Mortg. People*, the Court evaluated Counsel's fee request and determined that much of the time and labor expended was excessive and unnecessary, particularly given the predictable and inevitable conversion of the case from Chapter 11 to Chapter 7. For example, the Court evaluated and considered different factors, some of which the Court here is not able to analyze given the lack of information provided in the application. For example, the Court concluded that 1) Counsel devoted an unreasonable amount of time to tasks, such as a reconsideration motion with minimal relevance to the Committee's interests; 2) the legal issues presented were neither novel nor difficult, with most tasks being ministerial rather than requiring advanced legal skill; 3) many tasks performed by Counsel demanded limited expertise due to the straightforward nature of the proceedings and the imminent conversion; 4) Counsel's efforts were largely futile, as the debtor's right to convert was absolute, and conversion occurred

3

shortly thereafter. The Court emphasized that in a matter of days, Counsel should have recognized the inevitability of conversion and significantly curtailed their work.

14.    Here, by December 6, 2024, the Committee and their counsel, who attended the previously scheduled evidentiary hearing by remote means, knew that the cases were being converted to chapter 7, and their work should have ceased.

15.    Additionally, retroactive employment of Committee counsel is not appropriate. The motion states that the "Committee believes that Kutak Rock is both well qualified and uniquely able to provide representation in these chapter 11 cases in an efficient and timely manner." (Doc. No. 102, ¶10). However, the cases were converted to chapter 7, therefore, there is no need to retain Committee counsel in these cases.

16.    While the Court has authority to approve retroactive employment of professionals under extraordinary circumstances, such approval "should be limited to exceptional circumstances where an applicant can show both a satisfactory explanation for the failure to receive prior judicial approval and that he or she has benefited the bankruptcy estate in some significant manner." *Okamoto v. THC Fin. Corp. (In re THC Fin. Corp.)*, 837 F.2d 389, 392 (9th Cir. 1988) (emphasis added). A retroactive authorization order should not be issued where the delay in seeking court approval of employment is accompanied by inexcusable or unexplained negligence. *Andrew v. Coopersmith (In re Downtown Inv. Club III)*, 89 B.R. 59, 63 (9th Cir. BAP 1988); *Credit Alliance Corp. v. Boies (In re Crook)*, 79 B.R. 475, 479 (B.A.P. 9th Cir. 1987).

17.    Here, the Committee and its counsel were completely unnecessary due to the decision by the Debtors to liquidate rather than reorganize, and as such their fees and employment are completely superfluous.

18.      Courts addressing the issue have consistently ruled that conversion of proceedings from Chapter 11 to Chapter 7 has the same effect on a creditors' committee as dismissal of the proceedings. *Creditors' Committee v. Parks Jaggers Aerospace Co. (In re Parks Jaggers Aerospace Co.)*, 129 B.R. 265, 268 (M.D.Fla.1991) ("the committee permanently dissolves when the Chapter 11 proceeding is dismissed or converted to a Chapter 7 action."); *In re Kel–Wood Timber Products Co*., 88 B.R. 93, 94 (Bankr.E.D.Va.1988) (same).

**WHEREFORE**, Kapitus respectfully prays unto the Court that the Application be denied and that Kapitus have such other and further relief as to the Court may seem just and proper.

Dated:   January 2, 2025

**Respectfully Submitted,**

**KAPITUS SERVICING INC., AS SERVICER FOR KAPITUS LLC**
**By Counsel**

 */s/ Klementina V. Pavlova*
W. Ashley Burgess, VSB No. 46911
Klementina V. Pavlova, VSB No. 92942
**SANDS ANDERSON PC**
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648.1636
Facsimile: (804) 783-7291
Email:  aburgess@sandsanderson.com
            kpavlova@sandsanderson.com
*Counsel for Kapitus Servicing Inc., as servicing agent for Kapitus LLC*

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on this 2nd day of January, 2025, a true and correct copy of the foregoing was filed using the Court's CM/ECF system which caused electronic notification of such filing to be served on all registered users of the ECF system that have requested such notification in this case, including the Office of U.S. Trustee, counsel to the Debtors, and counsel for the Committee. I further certify that a true and correct copy of the foregoing will be served by electronic mail and/or U.S. First Class Mail, postage paid, as reflected on the attached **Service List**.

        */s/ Klementina V. Pavlova*

Label Matrix for local noticing
0423-6
Case 24-61191
Western District of Virginia
Lynchburg
Thu Jan  2 09:08:18 EST 2025

Bluesummit Medical Group, LLC
14805 Forest Road
Suite 205
Forest, VA 24551-5019

County of Bedford
122 East Main Street
Bedford, VA 24523-2000

MNY Capital
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd.
Suite 24
Melville, NY 11747-3669

Official Committee of Unsecured Creditors
c/o Kutak Rock LLP
1021 E. Cary St., Ste. 810
Richmond, VA 23219-0020

Oracle America, Inc.
Buchalter, a Professional Corporation
c/o Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, Ca 94105-2491

US Bankruptcy Court
Lynchburg Division
1101 Court St, Room 166
Lynchburg, VA 24504-4597

360Markin
7750 Town Centre Dr.
Suite 200
Broadview Heights, OH 44147-4049

AAA Answering Service
4159 Ringgold Road
Suite 107
Chattanooga, TN 37412-2442

Abdo, Shaima M.
1800 Brethour Ct.
Apt. 7
Sterling, VA 20164-1509

Accelerated Care Plus Leasing, Inc.
1201 Hays Street
Tallahassee, FL 32301-2699

Accident Fund
200 N. Grand Ave.
P.O. Box 40790
Lansing, MI 48901-7990

Accurate Answer
20 S. Main Street
New Milford, CT 06776-3508

Adaai, Juliet
19041 Kipheart Dr.
Leesburg, VA 20176-8417

Adams, Kerry
24409 Rock Pond Court
Aldie, VA 20105-3305

AdaptHealth
220 W. Germantown Pike
Suite 250
Plymouth Meeting, PA 19462-1437

AeroCare Holdings
3325 Bartlett Blvd.
Orlando, FL 32811-6428

Aflac
1932 Wynnton Road
Columbus, GA 31999-0002

Ahmed, Ieman
9110 Forestview Drive
Manassas, VA 20112-3361

Aidin, Inc.
228 Park Ave. S.
New York, NY 10003-1502

Alan James Clark
2331 smith mtn lake parkway
Huddleston, VA 24104-4206

Aleisha Williamson
5121 Ballard Drive
Dayton, OH 45417-6021

Alethea Baisden
19761 Ashburn Road
Apt 412
Ashburn, VA 20147-4327

All My Sons Moving & Storage
7642 Dynatech Ct.
Springfield, VA 22153-2811

Alora Healthcare
3455 Peachtree Rd. NE
Suite 500
Atlanta, GA 30326-3236

Amazon
410 Terry Ave. N.
Seattle, WA 98109-5210

America's Ink & Toner Supply
15341 Montanus Dr.
Culpeper, VA 22701-2523

Anab Ali
c/o Oasis Home Health Care Inc.
44121 Harry Byrd Highway
Suite 180
Ashburn, VA 20147
anab.ali@oasishhi.com  20147-5670

Angela V. Whitesell
Vellines, Glick & Whitesell, P.C.
American Hotel Building
125 South Augusta Street, Suite 3000
Staunton, VA 24401-4389

Appiah, Perpetual
P.O. Box 322
Ashburn, VA 20146-0322

Atmos Energy
1800 Three Lincoln Centre
Suite 1800
5430 LBJ Freeway
Dallas, TX 75240-2615

Axxess Technologies
16000 Dallas Parkway
Suite 700N
Dallas, TX 75248-6607

Baisden, Alethea
19761 AShburn Rd.
Apt. 412
Ashburn, VA 20147-4327

Bank of Oakridge
Andrew Wheeler, Sr. VP
2211 Oakridge Road
Oakridge, NC 27310
awheeler@bankofoadridge.com 27310-9619

Bank of Oakridge
Thomas W. Wayne, CEO & President
2211 Oakridge Road
Oakridge, NC 27310-9619

Barbara Fox
42865 Vestals Gap Drive
Ashburn, VA 20148-4004

Bedford County - Nursing Home
1229 County Farm Rd.
Bedford, VA 24523-3131

Berkovitch & Bouskila PLLC
1545 US 202, Suite 101
Pomona, NY 10970-2951

Bick, Chasity L.
112 W Elm St.
Washington Court House, OH 43160-1908

Brian Waskin
2198 Finland Dr.
Dayton, OH 45439-2762

Brightree
125 Technology Pkwy
Peachtree Corners, GA 30092-2913

Brightridge
2600 Boones Creek Rd.
Building C
Johnson City, TN 37615-4441

Brightspeed
P.O. Box 6102
Carol Stream, IL 60197-6102

Brown Edwards
1909 Financial Drive
Harrisonburg, VA 22801-3682

Brown, Britnee
320 Stuckhardt Rd.
Trotwood, OH 45426-2704

Buckles, Melanie
603 Marboro Drive
Johnson City, TN 37601-2431

Buffenbarger, Cassandra
401 Avon Oak Ct.
New Lebanon, OH 45345-1503

(p)BYLINE BANK
ATTN PAYROLL/K WALTERS
180 N LASALLE ST
SUITE 300
CHICAGO IL 60601-3110

CLIA Laboratory Program
90 7th Street
Suite 5-300 (5W)
San Francisco, CA 94103-6701

Calhoun, Shannon
603 W G St.
Apt. A
Elizabethton, TN 37643-3088

Capital One
1680 Capital One Dr.
McLean, VA 22102-3407

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capitol Services
1501 S MoPac Wxpy
Suite 220
Austin, TX 78746

Cardinal Health at Home
7000 Cardinal Pl.
Dublin, OH 43017-1091

Carlile Patchen & Murphy LLP
950 Goodale Blvd.
Suite 200
Columbus, OH 43212-3974

Centra Medical Group
1920 Atherholt Drive
Lynchburg, VA 24501-1120

Centriworks
3505 Sutherland Avenue
Knoxville, TN 37919-3116

Champion, Shawntail
514 Homeview Ave.
Springfield, OH 45505-2013

Chase Auto Lease
P.O. Box 78074
Phoenix, AZ 85062-8074

Chrishana Walker
1829 Malvern Ave.
Dayton, OH 45406-4448

Chubb
202 Halls Mill Road
Whitehouse Station, NJ 08889-3435

City of Johnson City
City Hall
601 E. Main St.
Suite 4
Johnson City, TN 37601-4879

City of Lynchburg
900 Church Street
Lynchburg, VA 24504-1620

Cloud9 Voip
P.O. Box 5666
Williamsburg, VA 23188-5210

Cohen Consulting
110 Wall Street
New York, NY 10005-3801

College Hunks Hauling Junk and Moving
4411 W Tampa Bay Blvd
Tampa, FL 33614-7803

Comcast
1701 John F. Kennedy Blvd.
#300
Philadelphia, PA 19103-2854

Comdoc
8247 Pittsburg Ave., NW
Canton, OH 44720-5677

Continental Corporate Services
908 Pompton Ave.
Cedar Grove, NJ 07009-1263

Corbitt-Woods, Tahlor
5059 Well Fleet Dr.
Dayton, OH 45426-1417

Cottonwood Consulting LLC
484 Turner Dr.
Building D
Durango, CO 81303-3432

County of Bedford
Patrick J. Skelley II, Esq.
122 East Main Street
Bedford, VA 24523-2000

Cox, Rhoneeca
2941 Sunbury Square
Columbus, OH 43219-3413

Creative Edge Design, Inc.
4026 Wards Rd.
Altavista, VA 24517-4318

Crews Control Shredding
42 Myers Acres Ln.
Greenville, TN 37743-3081

Culligan Water
9399 W. Higgins Rd.
Suite 1100
Rosemont, IL 60018-4940

Curispan Health Group
8911 N. Capital of Texas Hwy
Building 1, Suite 110
Austin, TX 78759-7203

Darlene Rogers
19761 Ashburn Rd.
Ashburn, VA 20147-4321

Davis, Sebrina
5076 Northcrest Dr.
Dayton, OH 45414-3714

Decker, Maribett E.
2609 Galewood St.
Kettering, OH 45420-3581

Deshawna Moore
c/o Jeffrey J. Patter
Ulmer & Berne LLP
65 E. State Street
Suite 1100
Columbus, OH 43215-4213

Douglas W. Densmore
2625 South Jefferson St.
Roanoke, VA 24014-3315

DrinkMore Water
7595 Rickenbacker Dr.
Gaithersburg, MD 20879-4808

Dunn, Alicia
16 Kratochwill St.
Dayton, OH 45410-2111

Dynasty Capital 26 LLC dba Dynasty Capital
11 Broadway
New York, NY 10004-1303

Edward Virginia Business Systems
9899 Mayland Drive
Richmond, VA 23233-1411

Edwards, Latia
2020 Val Vista Court
Dayton, OH 45406-2248

Ely, Cynthia
531 Belmonte Park
Apt. 1002
Dayton, OH 45405-4748

Enclara Pharmacy
1601 Cherry St.
#1800
Philadelphia, PA 19102-1314

Encova Insurance
471 E. Broad Street
Columbus, OH 43215-3822

Erica Hawkins
1225 Nassau Drive
Kingsport, TN 37660-4112

Experian Health
720 Cool Springs Blvd.
#200
Franklin, TN 37067-7256

FedEx
942 South Shady Grove Road
Memphis, TN 38120-4117


First Insurance
601 Post Office Rd.
Waldorf, MD 20602-1912

Flores, Silvia L.
45780 Brandeis Ter.
Apt. 303
Sterling, VA 20166-6684

Focus Telecommunications
1912 Liberty Road
Building #2
Suit F
Eldersburg, MD 21784-6602


Gallagher's Human Resources & Compensat
2850 Golf Road
Rolling Meadows, IL 60008-4050

Gary M. Coates, Esq.
Freeman, Dunn, Lucy & Coates, Esq,
1045 Cottontowm Road
Lynchburg, VA 24503-4961

Gentry Locke
P.O. Box 40013
Roanoke, VA
Roanoke, VA 24022-0013


Green, Coretta
9209 Greenshire Drive
Manassas, VA 20111-3035

Grey Margarita Sanchez Briceno
21066 Cornerpost Square
Ashburn, VA 20147-5325

Grove Medical Inc.
1089 Park W. Blvd.
Greenville, SC 29611-6124


Guy, LaTanya
757 Ferguson Ave.
Dayton, OH 45402-6207

Hall, Andrena
415 Catherine Ave.
#A
Cincinnati, OH 45229-3010

Hanover Insurance Group
12100 Sunset Hills Rd.
Suite 230
Reston, VA 20190-3221


Hawkins, Erica A
1225 Nassau Dr
Kingsport, TN 37660-4112

Health Care First
1501 South Clinton Street
Canton Tower
Baltimore, MD 21224-5744

Henderson, Mariah
325 W. Siebenthaler Ave.
Dayton, OH 45405-2243


Henderson, Shatawn E.
4003 Rymark Ct.
Dayton, OH 45415-1423

Hess-Tackett, Mary A.
980 Wilmington Ave.
Apt. 134
Cayton, OH 45420-4600

Hilton, Cory D.
1506 Southside Rd.
Elizabethton, TN 37643-3078


Holland & Knight
1650 Tysons Blvd., #1700
Tysons, VA 22102-4827

Holt, Sarah C.
42950 Summer Grove Ter.
Apt. 402
Ashburn, VA 20148-1840

Holt-Owens, Rachelle
101 Washington St.
Casstown, OH 45312


Hull Healthcare Consulting, LLC
P.O. Box 17665
Hattiesburg, MS 39404-7665

Inovalon Provider, Inc.
4321 Collington Road
Bowie, MD 20716-2259

Integrity Placement Group, LLC
1570 Blvd. of the Arts
Sarasota, FL 34236-5085


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Iron Mountain
One Federal Street
Boston, MA 02110-2012

Islam, Mohoshina
22616 Scattersville Gap Terrace
Ashburn, VA 20148-3177

Jayson Norris
1334 Willow Oak Drive
Forest, VA 24551-2992

Jeffrey D. Knighton
64 Rolling Green Lane
Brightwood, VA 22715-1757


Jeremy Smith, PT
1479 Rockfish Rd
Waynesboro, VA 22980-6309

Jessica Stump
253 camby drive
Kingsport TN 37664, TN 37664-5331

John Vantine, Esq.
Williams Mullen
200 S. 10th Street, Suite 1600
Richmond 23219-4061


Johnson City Emergency
296 Wesley Street
Johnson City, TN 37601-1720

Johnson City Utility System
601 E. Main Street
Johnson City, TN 37601-4880

Johnson, Courtney M
387 Bullock Hollow Rd
Bristol, TN 37620-9008


Jones, Marcella
1845 Duck Creek
Cincinnati, OH 45207-1641

Jones, Regina
2805 Gladstone Street
Moraine, OH 45439-1627

Jordan, Tina
508 W. Stewart St.
Dayton, OH 45417-4051


Joshi & Joshi, Inc
344 Park St NE
Vienna, VA 22180-3556

K & A Investments LLC
168 Ten Mile Cir.
Frisco, CO 80443

Kabbage/Amex
730 Peachtree Street NE
Suite 1100
Atlanta, GA 30308-1263


Kalamata Capital Group LLC
c/o Berkovitch & Bouskila PLLC
80 Broad Street
Suite 3300
New York, NY 10004-2219

Kalamatu Kamara
754 Cordell Way
Herndon, VA 20170-4403

Kamryn Logan
13720 Atlantis St.
Apt. 332
Herndon, VA 20171-4164


Kapitus LLC
120 W. 45th Street
New York, NY 10036
tsmith@kapitus.com 10036-4195

Kapitus Servicing Inc.,
as servicing agent for Kapitus LLC
Attn Klementina Pavlova, Esquire
P.O. Box 1998
Richmond, VA 23218-1998

Katie Steele
6026 Waterloo Rd.
Centerville, OH 45459-1915


Keiter
4401 Dominion Blvd.
Glen Allen, VA 23060-3379

LS Evolution LLC
7901 4th Street N
Suite 300
St. Petersburg, FL 33702-4399

Latoya Tatum
9903 Hagel Cir.
Lorton, VA 22079-4306


Lawrence, Rondell
3591 Boroma Ave.
Columbus, OH 43228-3792

Lee, Tanya
5193 Ballentrae Court
Cincinnati, OH 45238-5702

Littler, Laylea
6921 Cliffwood Place
Huber, Heights, OH 45424-2928


Luc Gaudreau, LMU Properties LLC
48 Woplfs Ledge Ln
Staunton, VA 24401-8328

Luckwell Business Solutions, LLC
8407 Central Ave. Ste 2032
Newark, CA 94560-3431

Luckwell Solutions
8407 Central Ave.
Suite 2032
Newark, CA 94560-3431

MEDIPROCITY INC
714 Spirit 40 Park Drive
Suite 130
Chesterfield, MO 63005-1147

MGW Accounting
106 Langtree Village Dr.
Suite 301
Mooresville, NC 28117-7594

MNY Capital
c/o Giuliano Law PC
Anthony Giuliano. Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

MNY Capital LLC
418 Broadway
Suite N
Albany, NY 12207-2922

Mann Legal Services, LLC
Attn: Tobin Mann
P.O. Box 258
Granville, OH 43023-0258

Mark Phillips
213 Sparkling Brook Dr.
Bristol, TN 37620-2748

Mark Winborne
608 West Holly Street
Sterling, VA 20164-4619

Masters, Amber M
223 Lawrence Ave
Miamisburg, OH 45342

Matrix Care
10900 Hampshire Avenue South
Suite 100
Blommington, MN 55438-2699

Matthew Russell
540 Sid Martin Rd
Unit 80
Gray, TN 37615-5116

McCalister, Maurice
225 Greenhill Rd.
Dayton, OH 45405-1117

McCollum Bottled Water
2004 Highway 75
Blountville, TN 37617-5831

McDade, Michael
1607 Asmann Ave.
Apt. 24
Cincinnati, OH 45229-1725

McKenzie Wagner-Unroe
111 W. McKinney Ave.
Suite G
Rogersville, TN 37857-3369

McKesson
9954 Mayland Dr.
Richmond, VA 23233-1484

McKesson Medical-Surgical
9954 Mayland Dr.
Richmond, VA 23233-1484

McMurchy, Deborah
4911 Mays Ave.
Dayton, OH 45439-2819

Med Centrix Health
71 W. 156th Street
Suite 500
Harvey, ILL 60426-4265

MedForms
100 Westwood Pl.
#320
Brentwood, TN 37027-5044

Medpass
1 Reynolds Way
Beavercreek, OH 45430-1586

Michelle Lynn Redd
702 Hilltop Drive
Johnson City, TN 37604-7418

Mike J. Urquhart
Larry A. Rocconi, Jr., Attorney
308 South Second Street
Clarksville, TN 37040-3632

Millan Enterprises LLC
c/o Larry A. Rocconi, Jr., Esq.
308 South Second Street
Clarksville, TN 37040-3632

Millan Holding LLC
126 Main Street
Suite A
Clarksville, TN 37040-3244

Millennia Tax Relief
15000 Nelson Ave East
#200
City of Industry, CA 91744-4331

Millones, Jessica
43448 Stonewood Crossing Terrace
Ashburn, VA 20148-3210

Mohawk 11 Inc.
160 S. Industrial Blvd.
Calhoun, GA 30701-3030

Monica Gregory
125 South Augusta Street
Suite 300
P.O. Box 235
Staunton, VA 24402-0235

Montgomery, Christina
2154 Finland Dr.
Dayton, OH 45439-2762

Moore, Lavonda
8308 Mayfair St.
Cincinnati, OH 45216-1023

Morrow, Darriyona
23 S. Lansdowne Ave.
Dayton, OH 45417-8524

Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175-0002

NBCI
4140 Executive Parkway
Westerville, OH 43081-3884

NOVA Business Law Group, LLC
Attn: Brandon Okes
4151 Chain Bridge Rd.
Fairfax, VA 22030
bokes@novablg.com 22030-4102

National Liability & Fire
P.O. Box 113247
Stamford, CT 06911-3247

NetSuite
2300 Oracle Way
Austin, TX 78741-1400

Nicklas, Sybella B
303 Marshall Ln
Greeneville, TN 37743-4429

Nixon, Deborah
3812 Kenker Pl
Apt 1
Cincinnati, OH 45211-4807

OAKS ASSOCIATES LP
6173 Executive Blvd.
Rockville, MD 20852-3901

(p)OHIO BUREAU OF WORKERS' COMPENSATION
PO BOX 15567
COLUMBUS OH 43215-0567

Oasis Home Healthcare
44121 Harry Byrd Hwy
Suite 180
Ashburn, VA 20147-5670

Odd + Even LLC
660 York St.
Suite 4
San Francisco, CA 94110-2102

Official Committee of Unsecured Creditors
c/o Adolyn Wyatt
Kutak Rock LLP
1021 E. Cary St., Ste. 810
Richmond, VA 23219-4082

Ogunkuade, Ifeoluwa
1860 Seabreeze Ct.
Apt 1D
Dayton, OH 45458-1756

Ohio Department of Treasury
30 E. Broad St.
#9
Columbus, OH 43215-3414

Olshan Properties
6525 West Campus Oval
Suite 100
New Albany, OH 43054-8831

Optimization Strategy Group, LLC
42491 Hickory Wood Drive
Sterling Heights, MI 48314-2932

Optum Hospice Pharmacy Services, LLC
7480 Halcyon Pointe Dr.
Suite 300
Montgomery, AL 36117-8111

Oracle
2300 Oracle Way
Austin, TX 78741-1400

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Orr, Krista G
277 Loafers Glory Vw
Gray, TN 37615-4877

PIEDMONT COMMUNITY HEALTH PLAN
1920 Atherhold Road
Lynchburg, VA 24501-1104

Pamela Walshaw
390 Oak Ridge Drive
Altavista, VA 24517-2213

Parker, April R.
13936 Rockland Village Dr.
Apt. 104
Chantilly, VA 20151-4507

Parker, Arrie
13936 Rockland Village Dr.
Apt. 104
Chantilly, VA 20151-4507

Patel, Hema
657 Towncrest Dr.
Dayton, OH 45434-5889

Patel, Hina
5013 Catalpa Dr.
Tipp City, OH 45371-7589

Paychex
1175 John Street
West Henrietta, NY 14586-9199

PayrHealth, LLC
2121 Lohmans Crossing Rd.
Suite 504-823
Austin, TX 78734-5288

Perpetual Appiah
P.O. Box 322
Ashburn, VA 20146-0322

Phillips, Mark
213 Sparkling Brook Dr.
Bristol, TN 37620-2748

Pinnacle Property Options
5055 Keller Springs Road
Suite 400
Addison, TX 75001-6208

Piovesan, Dorothy
1474 Derrland St.
Dayton, OH 45432-3408

Pip Printing
1709 Memorial Avenue
Lynchburg, VA 24501-1714

Plic Peris Principal
711 High Street
Des Moines, IA 50392-0001

PointClickCare Technologies
5570 Explorer Drive
Mississauga, ON L4W 0C4

Powers, Heather
3444 Fremont St.
Columbus, OH 43204-1250

Precise Home Health Billing
14315 Bellcrest Dr.
San Antonio, TX 78217-1565

ProMedical Services, Inc.
7500 Security Blvd.
Baltimore, MD 21244-1849

ProMedical Services, Inc.
Gary M. Coates, Esq.
1045 Cottontown Road
Lynchburg, VA 24503-4961

Quill Corp.
P.O. Box 37600
Philadelphia, PA 19101-0600

Ramp
28 West 23rd Street
New York, NY 10010-5260

Randolph, Clarissa M
101 Locust Ln
Johnson City, TN 37604-2239

Redder, Kyra D.
1668 Wigwam Trl
Xenia, OH 45385-4140

(p)RELIAS LLC
ATTN LEGAL
1010 SYNC STREET
SUITE 100
MORRISVILLE NC 27560-5473

Reza Pazekian
16927 Golden Leaf Ct.
Hamilton, VA 20158-3225

Robert Lamano
P.O. Box 108
Forest, VA 24551
rlamano21@gmail.com 24551-0108

Roca Investments LLC
1575 Kalaniiki Street
Honolulu, HA 96821-1217

Rock, Justine E.
5803 Lake Ave.
Greenville, OH 45331-9607

Rondell Lawrence
853 Racine Ave.
Columbus, OH 43204

Rossmery Montano
21140 Huntington Square
Apt. 402
Sterling, VA 20166-6545

Russell, Matthew M
540 Sid Martin Rd
Gray, TN 37615-5108

SBA - Bank for Oakridge
P.O. Box 2
Oakridge, NC 27310-0002

SBA - Byline Bank
180 N. LaSalle Street
Suite 300
Chicago, IL 60601-3110

SG Program Insurance Agency Retail, Inc.
601 Embassy Oaks
Suite 105
San Antonio, TX 78216-2019

SVOE
10 Green Hills Drive
Verona, VA 24482-2654

Samadi, Fawzia
2803 Pag St.
Apt 4134
Alexandria, VA 22303

Sapiat Asset Management
705 Professional Plaza Dr.
#2
Greeneville, TN 37745-5198

Sarah Courtney Holt
42950 Summer Grove Terrace
Apt 402
Ashburn, VA 20148-1840

Scheffler, Aireen
1721 Deerbrook Trl
Beavercreek, OH 45434-6622

Scott Insurance
1301 Old Graves Mill Road
Lynchburg, VA 24502-4317

Scott Marshall dba Marshall Brothers Termite
295 Don Carson Road
Telford, TN 37690-2306

Shadi Mesdaghi
21225 Greenbrier Ct.
Ashburn, VA 20147-5302


Shaima Abdo
1800 Brethour Ct Apt 7
Sterling, VA 20164-1509

Shana Brown
860 Glenwood Ave.
Cincinnati, OH 45229-2773

Sharon Weems
2875 Highland Grove Drive
Johnson City, TN 37615-4729


Sharone Osborne
2875 Highland Grove Drive
Johnson City, TN 37615-4729

Sheikuna Omar
6456 Cherokee Rose Drive
Westerville, OH 43081-3710

Shelton, Valecia T.
2019 Litchfield Ave.
Dayton, OH 45406-3813


(c)SHENANDOAN VALLEY HOME HEALTH INC.
ATTN: MONICA GREGORY/UGO SOLOMON
48 WOLFS LEDGE LN
STAUNTON VA  24401-8328

Shentel
P.O. Box 459
Edinburg, VA 22824-0459

Sherrard Roe Voigt & Harbison, PLC
c/o Hunter C. Branstetter
150 3rd AVenue South
Suite 1100
Nashville, TN 37201
hbranstetter@srvhlaw.com  37201-2037


ShredPro
4906 Van Epps Rd.
Brooklyn Heights, OH 44131-1018

Shumaker, Tammy
103 Shoreline Dr.
Brookville, OH 45309-9209

Source One Development
1015 N. York Rd.
Willow Grove, PA 19090-1317


Spectrum
400 Washington Blvd.
Stamford, CT 06902-6641

Sprouses Termite & Pest Control LLC
108 Parkersburg Tpke
Suite 104
Staunton, VA 24401-6137

Stableconvergence
116 W. Main Street
Johnson City, TN 37604-6210


Stealth Storage
60 Harbert Drive
Beavercreek, OH 45440-5118

Stericycle, Inc. dba Shred-it
2355 Waukegan Road
Bannockburn, IL 60015-1503

Strategic Healthcare Programs
6500 Hollister Ave.
Suite 210
Santa Barbara, CA 93117-5554


Stump, Jessica
253 Camby Dr
Kingsport, TN 37664-5331

Tennessee Department of Treasury
600 M.L.K. Jr. Blvd.
Nashville, TN 37243-0001

The Principal Group
711 High Street
Des Moines, IA 50392-0001


Timothy Bradbury
1887 Buffalo Run
Thaxton, VA 24174-3349

Tina Risner
720 Wilson Ave.
Piqua, OH 45356-3044

Topline Recovery
c/o Michael Vincent Scarpati, Esq.
1078 Summit Ave., Suite 104
Jersey City, NJ 07307-3438


Triavo Health, LLC
11115 N. La Canada Drive
Oro Valley, AZ 85737-9462

UB Greensfelder, LLP
1054 31st Street NW
Suite 280
Washington, DC 20007-4453

UB Greensfelder, LLP
200 W. Madison St.
Suite 3300
Chicago, IL 60606-3607

UDig LLC
8000 Franklin Farms Dr.
Henrico, VA 23229
susan.frank@udig.com 23229-5002

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank Equipment
800 Nicollet Mall
Minneapolis, MN 55402-2511


USTrustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011-1620

Ugo Solomon
19 Myers Corner Dr.
Suite A05
Staunton, VA 24401-6348

UiPath
One Vanderbilt Ave.
60th Floor
New York, NY 10017-3884


United States Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Verified Credentials
20890 Kenbridge Court
Lakeville, MN 55044-8049

Verizon
1095 Avenue of the Americas
1095 6th Ave.
New York, NY 10036-6704


Virginia Business Systems
9899 Mayland Drive
Richmond, VA 23233-1411

Virginia Department of State Police
7700 Midlothian Tpke
N. Chesterfield, VA 23235-5226

Virginia Department of Treasury
101 N. 14th Street
Richmond, VA 23219-3684


Virginia Employment Commission
PO Box 26441
Richmond, VA 23261-6441

Walker-Phillips Healthcare Consulting
2707 Brambleton Ave. SW
Roanoke, VA 24015-4307

Wanda Hull
P.O. Box 17665
Hattiesburg, MS 39404-7665


WardWindborne, Tanya
557 Crestwood St SW
Leesburg, VA 20175-3812

Weatherspoon, Ty'Issha E
2611 Inspiration Trail Ln
Apt 303
Columbus, OH 43219-3956

WellSky
11300 Switzer Road
Overland Park, KS 66210-3665


Whitney Thomas
3420 Wonderview Dr.
Dayton, OH 45414-5445

Wilkerson, Serenity L
813 Burman Ave
Dayton, OH 45426-2722

William Mayes
1258 Gladden Cir.
Forest, VA 24551-3559


Williams Lawncare & Maintenance
13475 James Madison Hwy
Orange, VA 22960-2815

Williams Mullen
Attn: James T. Bailey
200 S. 10th Street
Suite 1600
Richmond, VA 23219
jbailey@williamsmullen.com  23219-4061

Wilson Worley P.C.
2021 Meadowview Lane
Second Floor
Kingsport, TN 37660-7429


Wilson Worley PC
Andrew D. Street
200 E. Main Street, 1st FL
P.O. Box 88
Kingsport, TN 37662-0088

Wilson, Angel D.
87 Dickey Ave
Fairborn, OH 45324-2306

Withers, Shakena
956 Brunswick Dr.
Dayton, OH 45424-8016


Xerox Financial Services
201 Merritt 7
Norwalk, CT 06851-1056

Yohannes, Gete Y
23120 Dunlop Heights Ter.
Ashburn, VA 20148-7018

c/o Michael E. Hastings, Esq.
Woods Rogers Vandeventer Black PLC
10 S. Jefferson Street, Suite 1800
Roanoke, VA 24011-1323

B. Webb King
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011-1620

Brittany Bernell Falabella
Hirschler Fleischer, A Professional Corp
2100 East Cary Street
P.O. Box 500
Richmond, VA 23218-0500

Hannah W. Hutman (436156)
Hoover Penrod
342 S. Main Street
Harrisonburg, VA 22801-3628


Sharon Weems
c/o Andrew D. Street
Wilson Worley PC
P.O. Box 88
Kingsport, TN 37662-0088


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Byline Bank
Alberto J. Paracchini, CEO
180 N. LaSalle Street
Suite 300
Chicago, IL 60601

(d)Byline Bank
Kim Hudson, Officer
180 N. LaSalle Street
Suite 300
Chicago, IL 60601
khudson@bylinebank.com

OHIO BUREAU OF WORKER'S COMPENSATION
30 W. Spring St.
Columbus, OH 43215


Relias LLC
1010 Sync Street
Suite 100
Morrisville, NC 27560

US Bank
800 Nicollet Mall
Minneapolis, MN 55402


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Shenandoan Valley Home Health Inc.
Attn: Monica Gregory/Ugo Solomon
444 Frog Pond Road
Staunton, VA 24401


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bank of Oak Ridge

(u)Kapitus Servicing Inc., as servicing agent

(u)Oak Ridge Bank


(d)MNY Capital LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

(d)Wanda Hull
P.O. Box 17665
Hattiesburg, MS 39404-7665

(d)Whitney Thomas
3420 Wonderview Drive
Dayton, Oh 45414-5445

End of Label Matrix
Mailable recipients   303
Bypassed recipients     6
Total                 309